LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 329-2140
Facsimile: (510) 580-9410

DENNIS CUNNINGHAM, SBN 112910
115A Bartlett St.
San Francisco, CA 94110
Telephone: 415-285-8091
Facsimile: 415-285-8092

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACLYN MOHRBACHER, ERIN ELLIS,
DOMINIQUE JACKSON, CHRISTINA
ZEPEDA, ALEXIS WAH, AND KELSEY
ERWIN, on behalf of themselves and others
similarly situated,

        Plaintiffs,

    vs.

ALAMEDA COUNTY SHERIFF'S OFFICE, et
al.,

        Defendants.

No. 18-cv-

DECLARATION OF YOLANDA HUANG IN
SUPPORT OF PLAINTIFFS' APPLICATION
FOR A TEMPORARY RESTRAINING
ORDER AND MOTION FOR A
PRELIMINARY INJUNCTION

I, YOLANDA HUANG, declare as follows:

1. I am an attorney, licensed to practice in the State of California, and am one of the attorneys
   for Plaintiffs in the above captioned matter. Everything stated herein is true of my own
   personal knowledge. If called to testify, I can and will testify as set forth below.

2. In early December, 2017, I learned that there were a number of pregnant women in Santa Rita
   who were concerned about their treatment while in the custody of the Alameda County
   Sheriff's Office. I learned that they were afraid that they would be unable to carry their
   pregnancies to term, and would not be able to have healthy babies.

3.  I learned that Jaclyn Mohrbacher,  Erin Ellis and Dominique Jackson were among the women currently pregnant, under the custody and control of the Alameda County Sheriff's office, and housed at Santa Rita Jail, in Dublin, California.

4.  Subsequently, I began requesting contact visits with a number of the women, and had contact visits wherein I confirmed many of the descriptions provided by plaintiff Zepeda.

5.  I learned that often, when pregnant women request medical attention for not feeling well, Santa Rita guards deny them medical attention and instead accuse them of abusing illegal drugs.  These women are then placed in solitary confinement and required to repeatedly undergo strip searches and body cavity searches.

6.  I learned that it is a common practice to place pregnant women into solitary confinement. I learned that it is a common practice to deny pregnant women medical care, and to accuse the pregnant women of using illegal drugs and to then force them to undergo strip searches and body cavity searches.  I learned within the last 6 months, a female inmate who was nine (9) months pregnant was placed into solitary confinement and ignored.  Despite the fact that the woman screamed for hours, not a single deputy checked on her welfare for an entire duty shift This woman was forced to deliver her baby, by herself, while housed in solitary confinement. Not until after the baby had been delivered and the crying sounds of an infant could be heard, did a sheriff's deputy then check on this woman, for the purpose of removing her child.

7.  All the women in that housing unit heard and endured listening to the screams of that woman while she delivered her baby, alone, in solitary confinement.

8.  I learned that not only are pregnant women held in solitary confinement, but they are placed outside without adequate clothing.  In the month of December, pregnant women are held outside until 1:30 am dressed only in a prison jumpsuit and a tee shirt.

9.  I learned that the guards regularly encourage these pregnant women to abort their babies, and that these "encouragements" are often communicated in coercive and threatening manners.

10. I learned that routine medical care consists of taking the pregnant women's vital signs three times a day, which includes waking them up at 2 am.

11. I learned that pregnant women are required to get up at 4 am in order to have breakfast, otherwise they will not receive food.

12. I learned that although there is no jail rule against conversation during meals, the guards in control of women inmates prohibit women from having conversation during meals, and

punish the entire group if any woman attempts to converse during meals.  I learned that the male inmates do not suffer under this oppression.

13. I learned that although there is no jail rule. the guards in control of women inmates do not allow the women to choose where they sit during meals, and instead order the women to sit in assigned seats based upon the guard's discretion.  I learned that the male inmates do not suffer under this oppression.

14. I learned that the Alameda County Sheriff's Office does not provide a staff obgyn to examine and evaluate women inmates.

15. Jaclyn Mohrbacher signed a retainer agreement, and consented to be a class representative for similarly situated individuals.  During this visit I encouraged her to file formal grievances in order to comply with the requirement of exhausting administrative remedies before the initiation of litigation.

16. That night and the next day, I received numerous phone calls from women inmates at Santa Rita Jail, including from plaintiffs Jackson and Ellis requesting that I provide assistance, that they were fearful of not being able to carry their pregnancies to term.

17. I then faxed a letter request to Santa Rita Jail for visits with five (5) additional women inmates.  My intent was to have retainer agreements signed and to work with them to draft and sign declarations for filing.   My initial fax was transmitted on December 21, 2017.  After hearing no response, I a fax twice on December 26, 2017, once in the morning and once in the evening.  I finally received a phone call from Santa Rita on December 27, 2017, confirming that my appointments had been approved for December 29, 2017.  It took one week from request to scheduling.

18. When I arrived on December 29, 2017 for these legal, contact visits,  my first visit was delayed.  When I inquired, I was told that a Sargent had to approve my contact visits.  After waiting almost two hours, a Sergeant Calagari spoke with me.  Sgt. Calagari informed me that I was being denied my contact visits, and that my contact visits henceforth would all be denied.   Sgt. Calagari further told me that I could not have any visits on December 29, 2017, not even a non-contact visit. He stated that I had to begin the process anew by submitting new written requests for legal visits.

19. Sgt. Calagari stated that this was standard policy for Santa Rita.  Sgt. Calagari stated that Santa Rita had now classified me as not the attorney of record.   Sgt. Calagari informed me

that he was enforcing standard Santa Rita policy but Sgt. Calagari was unable to cite the policy. He stated that his supervisor was Lt. Hattaway. Sgt. Calagari refused to discuss with me, the situation where I had been previously permitted to have contact visits with inmates. He refused to review the paperwork I had already submitted, and stated that I had to leave and fax anew, a request for legal visits. He stated that Santa Rita had to re-process my clearance for legal visits.

20. Attached as Exhibit A are two facsimile requests, one transmitted on December 13, 2017 and one on December 18, 2017. In both of these cases Santa Rita Jail responded within 24 hours to schedule legal, contact visits with plaintiffs and potential members of the class. My legal contact visit with plaintiffs Kelsey Erwin and Jaclyn Mohrbacher took place on December 15th and December 21, 2017.

21. Attached as Exhibit B are the requests transmitted via facsimile to Santa Rita Jail on December 22, 2017, and twice on December 26, 2017. Santa Rita Jail did not respond until December 27, 2017, and when I appeared for the visits at the agreed upon date, December 29, 2017, I was denied all visits.

22. Jaclyn Mohrbacher began filing grievances regarding her treatment after our December 21, 2017 legal contact visit. This was confirmed in a telephone conversation we have had subsequently. I believe and assert based upon information and belief that the five (5) day delay required to respond to my facsimile request for a legal contact visit, and the denial of my legal contact visits on December 29, 2017, is part of the Alameda County Sheriff's Office actions to deny legal representation to plaintiffs and the class of women they represent, and to prevent plaintiffs and the class they represent from being able to assert their legal rights to redress, and to prevent public examination of the abuse and sadistic treatment of women, particularly pregnant women, under their custody and control.

23. Attached as Exhibit C is the declaration that I planned to have plaintiff Mohrbacher review and sign if I had been allowed to continue with legal contact visits. This declaration is based upon her recitation of her experience in Santa Rita Jail.

24. Attached as Exhibit D is the declaration I planned to have female prisoner Denise Rohrbacher review and sign if I had been allowed to have my previously scheduled legal contact visit. This declaration is based upon her recitation of her experience in Santa Rita Jail, provided in a telephone call.

25. Attached as Exhibit E is the declaration I planned to have female prisoner Dominique Jackson
    review and sign if I had been allowed to have my previously scheduled with legal contact
    visit.   This declaration is based upon information she provided in multiple telephone calls.

I declare under penalty of perjury that the foregoing is true and correct, executed in Oakland,

California, this 2nd day of January, 2018.


_____/s/ Yolanda Huang_____
YOLANDA HUANG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**YOLANDA HUANG**

ATTORNEY AT LAW

Date: Dec. 13, 2017

Santa Rita Jail – Via Facsimile: 925-803-7118

Re: Legal Visit Request s–    Kelsey Erwin, PFN: BLK401
                             Monica Nunes, PFN BCJ178
                             Ruben Febo PFN: BEM444

Dear Santa Rita Jail:

I am requesting a <u>contact</u> visits for Friday December 15, 2017 or Monday December 18, 2017, as follows:

Erwin:  1 p.m.
Nunes:  2 p.m.
Febo:  3 p.m.

I am requesting a contact visits because I need to review documents with each inmate and possibly obtain signatures.  I estimate that I will need 60 minutes for each visit.

Please call me on my direct line:  510-329-2140 to confirm the date and time for this visit.

Sincerely,

Yolanda Huang

PO BOX 5475•BERKELEY•CA•94705
PHONE: 510 329 2140 • FAX: 510-580-9410 • YHUANG.LAW@GMAIL.COM

# YOLANDA HUANG

ATTORNEY AT LAW

Date: December 18, 2017

Santa Rita Jail – Via Facsimile: 925-803-7118

Re: Legal Visit Request – Jaclyn Mohrbacher, PFN: ULW440

Dear Santa Rita Jail:

I would like to request a <u>contact</u> visit either Thursday, December 21st at 1 p.m. or Wednesday, Dec.20th<sup>th</sup> anytime in the afternoon.    I am requesting a contact visit because I need to review documents with Ms. Mohrbacher and also obtain her signature on documents.  I estimate that I will need 60 minutes for this visit.

Please call me on my direct line:  510-329-2140 to confirm the date and time for this visit.

Sincerely,

Yolanda Huang

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

# EXHIBIT B

24
25
26
27
28

# YOLANDA HUANG

ATTORNEY AT LAW

Date: December 22, 2017

Santa Rita Jail – Via Facsimile:  925-803-7118

> Re: <u>Legal Visit Requests</u>
> Dominique Jackson; BID632  HU 24A
> Erin Ellis;  BBG504  HU 24C
> Alice Fausto; BJC 211 HU 24C
> Denise Rohrbacher;  ULR 142 HU 24C

Dear Santa Rita Jail:

I would like to request a <u>contact</u> visit Tuesday, December 26st starting at 11 a.m. one hour per visit until completed  (11, 12, 1, 2) Wednesday, Dec.20th[th] anytime in the afternoon.   I am requesting a contact visit because I need to review documents with Ms. Mohrbacher and also obtain her signature on documents.  I estimate that I will need 60 minutes for each visit.  If it is not possible to have visits with all four women, my priorities are for visits with Dominique Jackson, Erin Ellis, Denis Rohrbacher and then Alice Fausto, in this order.

Please call me on my direct line:  510-329-2140 to confirm these visits.  Thank-you.

Sincerely,

Yolanda Huang

PO BOX 5475•BERKELEY•CA•94705
PHONE: 510 329 2140 • FAX: 510-580-9410 • YHUANG.LAW@GMAIL.COM

# YOLANDA HUANG
ATTORNEY AT LAW

Date: December 26, 2017

Santa Rita Jail – Via Facsimile: 925-803-7118

     Re: <u>Legal Visit Requests</u>
     Dominique Jackson; BID632  HU 24A
     Erin Ellis;  BBG504  HU 24C
     Denise Rohrbacher;  ULR 142 HU 24C
     Alice Fausto; BJC 211 HU 24C
     Dawn Dedrick, ULW471, HU 24B

Dear Santa Rita Jail:

My original letter request sent on Friday the 22nd may have been confusing. I have not heard back from you, so I am assuming there will be no contact visits today.  If there can be contact visits today, please call me asap.

If there are no visits today, I would like to request <u>contact</u> visits starting at 10 a.m. , one hour per visit each until completed  (10, 11, 12, 1, 2) either Thursday, December 28th or Friday, December 29th.   I am requesting contact visits because I need to review documents with these women and also obtain their signatures on documents..  If it is not possible to have visits with all five women on one day, my priorities are for visits in the following order: Dominique Jackson, Erin Ellis, Denise Rohrbacher, Alice Fausto and then Dawn Dedrick.  Thank-you.

I am attaching a letter from the attorney of record for Dawn Dedrick, consenting to my legal visit.

Please call me on my direct line:  510-329-2140 to confirm these visits.

Sincerely,


Yolanda Huang

12/22/2017  12:24  5104513002          LAW OFFICES          PAGE  01/01

**Wolf, Pennella & Stevens, LLP**
ATTORNEYS AT LAW
717 WASHINGTON STREET
OAKLAND, CALIFORNIA 94607
P: 510.451.4600 | F: 510.451.3002

12/22/17

To Whomer it May Concern
at Santa Rita Jail :

I give permission to attorney, Yolanda
Huang, to visit with my client, Dawn
Dawn Dedrick PFN VLN 4771.

Yolanda Huang

2nd fax request

925-813-718

To Santa Rita Jail

See attached.

Please let me know if these
requested visits can be
Scheduled.

Yolanda

Cover + 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

1   LAW OFFICES OF YOLANDA HUANG
    YOLANDA HUANG, SBN 104543
2   475 14th Street, Suite 500
    Oakland, CA 94612
3   Telephone: (510) 329-2140
    Facsimile:  (510) 580-9410
4

5   DENNIS CUNNINGHAM, SBN 112910
    115A Bartlett St.
6   San Francisco, CA 94110
    Telephone: 415-285-8091
7   Facsimile:  415-285-8092

8   Attorneys for Plaintiffs

9

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  CHRISTINA ZEPEDA, JACLYN
    MOHRBACHER, ERIN ELLIS, DOMINIQUE
14  JACKSON, on behalf of themselves and others        No. 18-cv-
    similarly situated,
15
                  Plaintiffs,                           DECLARATION OF JACLYN
16                                                      MOHRBACHER IN SUPPORT OF
            vs.                                         PLAINTIFFS' APPLICATION FOR A
17                                                      TEMPORARY RESTRAINING ORDER AND
                                                        MOTION FOR A PRELIMINARY
18  ALAMEDA COUNTY SHERIFF'S OFFICE, et                 INJUNCTION
    al.,
19                Defendants.
    _____
20

21      I, JACLYN MOHRBACHER, declare:

22      1.   I am one of the named plaintiffs in this case.  I make this declaration of my own

23           knowledge and if asked to testify, can and will testify as stated herein.

24      2.   I am currently in ajil at Santa Rita Jail.  I entered into Santa Rita at the beginning of

25           November, and I was already pregnant.  The pregnancy test administered by the jail

26           confirmed my pregnancy.

27      3.   I am unaware of any "care plan" that has been developed due to my pregnancy. The only

28           care I receive that is different than what the rest of the women prisoners receive, is that my

             vital signs are monitored three times day, including every day at 2 a.m.  This means they

                                                                              Page 9 of 19

wake me up every night at 2 am to take my blood pressure.  The only other difference is that I am provided with 8 ounces of milk at lunch, and receive a snack with another 8 ounces of milk. Breakfast is at 3:30 or 4 a.m., and if I am unable to get up to go to breakfast, which is most days, then I must endure 18-19 hours of no food from dinner to lunch.  Lunch is usually a peanut butter and jelly sandwich with either an apple or a cookie. The snack is the same as lunch.  Dinner is rice or pasta with beans and some mushy vegetable, and a few slices of bread. Everyone gets the same food except that we get 8 ounces of milk.

4.    When I have to go to court, the process begins at 4 a.m..  First we must wait in several rounds of ice cold concrete holding cells with no seating or inadequate sealing.  No one gets extra clothing and I only have a jumpsuit and a tee shirt to wear.  All of us, including those of us who are pregnant are required to stand for long periods of time in the crowded and cold holding cells.  In the first holding cell there are no seats.  In the second holding cell there is space for maybe 5 to 8 people.  We all take turns sitting.  There are always three times the number of people as seats.  So, most of the time, if I cannot stand, I have to sit on the cold, hard concrete floor, or lie down on the cold concrete floor.

5.    In Santa Rita,  the men are processed first.  Returning from court, often women prisoners are not returned from court to the jail often until 4 or 5 p.m..  Once we return to the jail, we then have to wait in another series of filthy, cold holding cells often until 8 p.m.  Court days are 16 to 17 hour days.

6.    There is a woman, _____, who provides us with some health care, but I do not like her and do not trust her, because she is always promoting abortions.  The first time I saw her, I told her that I did not want an abortion, that I wanted to have this baby.  Then ____ began to tell me that my baby was dead and that I should have an abortion.  Although I refused to consent to an abortion, she scheduled me for an abortion. When I refused to go, she had two men come to my housing pod, trying to forcibly take me to have an abortion.  When I again refused to agree to an abortion, the deputies yelled at me and told me I was on drugs.  From then on, their treatment of me grew more abusive and worse.

7.    From that time on, if I requested medical care, or said I was not feeling well, the housing guards, including deputies Famanian, Pope and Divine would all tell me that my problem was that I was on drugs, and they would strip me, meaning they would subject me to the

humiliating and degrading practice of doing strip search and body cavity search.  To do these searches, they would take me and often another pregnant woman and put us in the isolation or solitary confinement cells.  We would have to stay there for hours.  Then they would often take us to another room, make us strip naked, squat, and show our vagina and anal cavities, our mouth.

8.     One day, when I complained of not being well and requested a medical visit, defendant Divine again accused me of using drugs, and placed me into solitary confinement.  I repeatedly denied using drugs and requested that defendant Divine administer a urine test to prove that I was not using drugs.  Defendant Divine ignore all of these repeated requests.  Defendant Caine laughed and scoffed at Mohrbacher's request for a urine drug test, and the two locked me into the solitary confinement cell.

9.     On another day, a number of guards swarmed the pod doing searches in the housing pod, and again placed plaintiff me into solitary confinement.  Some significant time passed and t they moved me into an outside holding pen.  This was in December, when the weather is cold.   I was dressed only in a prison jumpsuit and a tee shirt.  I was held in the freezing cold, outside for many hours until 1:30 a.m. before being released back into the pod.

10.    Due to the stress and abuse I suffer daily at the hands of defendant guards, I am spotting blood vaginally.  During one of these harassment sessions, I was spotting.  Defendant Divine demanded that I strip and when she saw that I was bleeding, she demanded that I wipe the blood away so she could do the search.  I asked her for some pads or a paper towel.  Defendant Divine picked up a garbage can and told me to use something from the can.  I had no choice, but under the threats of reprisals and punishment, used a used menstrual pad to wipe myself so that defendant Divine could conduct the invasive, offensive and demeaning and sadistic strip search and body cavity search.

11.    I have seen the Santa Rita guards physically shake and assault pregnant prisoners.

12.    Once, when the guards came in at 6 am and demanded that we get up and stand so they could conduct another search, defendant Divine came to me and told me that I looked terrible, and she thought I was dead.  The guards again accused me of using drugs and again ignored my request for a urine test to prove that I was not using drugs.

13.    During one of these searches, defendant Divine took the food that I had purchased from the commissary and using her unclean, unwashed, ungloved hand, put her fingers through

1

all of my food.  By doing what she was doing, defendant Divine was wasting that food and

2

making me waste my money, because I could no eat food that she had run her fingers

3

through.

4

14. I have agreed to be a class representative for similarly situated individuals.

5

I declare under penalty of perjury that the foregoing is true and correct.

6

7

Dated:  Dec.___, 2017                              JACLYN MOHRBACHER

8

9

10                                              _____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

Mohrbacher v. Alameda County Sheriff's Office

LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410

DENNIS CUNNINGHAM, SBN 112910
115A Bartlett St.
San Francisco, CA 94110
Telephone: 415-285-8091
Facsimile: 415-285-8092

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA ZEPEDA, JACLYN
MOHRBACHER, ERIN ELLIS, DOMINIQUE
JACKSON, on behalf of themselves and others
similarly situated,

             Plaintiffs,

   vs.

ALAMEDA COUNTY SHERIFF'S OFFICE, et
al.,
             Defendants.

No. 18-cv-

DECLARATION OF DENISE ROHRBACHER
IN SUPPORT OF PLAINTIFFS'
APPLICATION FOR A TEMPORARY
RESTRAINING ORDER AND MOTION FOR
A PRELIMINARY INJUNCTION

I, DENISE ROHRBACHER, declare as follows:

1.   I am currently a female prisoner in Santa Rita Jail and everything stated herein is true of my own knowledge.  If called to testify, I can and will testify as set forth below.

2.   I was convicted on April 3, 2017, and am due to be released in late January, 2018.   While I have been in Santa Rita this past 9 months, I personally witnessed a situation where a very pregnant woman was arrested and placed in my housing unit.  She was only in my housing unit a short time, so I did not get her name.

3.   She complained of not feeling well.  One day, she was in so much pain that she could not walk and had to crawl on her hands and knees.  The defendants in this case, instead of taking

her to receive medical care, placed her into an isolation cell.  There is an isolation cell near the housing unit, off of a hallway.

4.  While in the isolation cell, this woman began to scream, and yell.  She was banging on her metal door.  What the guards did instead of providing her with help or trying to see what was wrong, instead closed the window to her door, so she could not see out, and no one could see in.  Closing the window also slightly muffed this poor woman's screaming.

5.  This woman's screams became louder.  She was crying.  As far as I could tell, not a single deputy went over to try and see what was wrong.

6.  This went on for hours, and hours.  This went on over to the next guard shift change.

7.  It was agonizing and torture for us to hear her scream like that.

8.  Finally, we could hear the crying of a baby.  Apparently, this woman had given birth, alone.

9.  Only after we could hear the crying of the baby, did the deputies finally go over and open her door.  Thank goodness the baby lived.

I make this declaration under penalty of perjury under the laws of the State of California.

December __, 2017

_____

DENISE ROHRBACHER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

1  LAW OFFICES OF YOLANDA HUANG
   YOLANDA HUANG, SBN 104543
2  475 14th Street, Suite 500
   Oakland, CA 94612
3  Telephone: (510) 329-2140
   Facsimile:  (510) 580-9410
4

5  DENNIS CUNNINGHAM, SBN 112910
   115A Bartlett St.
6  San Francisco, CA 94110
   Telephone: 415-285-8091
7  Facsimile:  415-285-8092

8  Attorneys for Plaintiffs

9

10              UNITED STATES DISTRICT COURT

11        FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  JACLYN MOHRBACHER, ERIN ELLIS,
    DOMINIQUE JACKSON, CHRISTINA              No. 18-cv-
14  ZEPEDA, ALEXIS WAH, AND KELSEY
    ERWIN, on behalf of themselves and others
15  similarly situated,
                                              DECLARATION OF DOMINIQUE JACKSON
16             Plaintiffs,                     IN SUPPORT OF PLAINTIFFS'
                                              APPLICATION FOR A TEMPORARY
17        vs.                                 RESTRAINING ORDER AND MOTION FOR
                                              A PRELIMINARY INJUNCTION
18
    ALAMEDA COUNTY SHERIFF'S OFFICE, et
19  al.,
                                       Defendants.
20  _____

21  I DOMINIQUE JACKSON, declare:

22    1.  I am currently a pregnant prisoner inside of Santa Rita Jail.  I make this declaration of my

23        own true knowledge.

24    2.  I am currently 17 weeks pregnant.  I was pregnant at the time I entered into the custody and

25        control of the Alameda County Sheriff's Office.

26    3.  Prior to being incarcerated, my treating obstetrician at Highland Hospital had informed me

27        that I am pregnant with twins, and that I have a high risk pregnancy due to being pregnant

28        with twins, and due to my own health risks.  I suffered a cardiac arrest previously and was

                                                                          Page 4 of 19

taking cardiac medication.   I am unaware of a plan of care, and have not seen an obstetrician since becoming a prisoner.

4. Some of the pregnant women are receive routine and daily vital signs monitoring.  I have not, and I have not had any contact with medical personnel for over 2 weeks.  Since my incarceration, I have had a headache.  I get dizzy and a headache when I stand or have to stand for any period of time.  When I tell the defendant deputies that I do not feel well, their response is that I need counseling, and they completely discount my request for medical attention.

5. I am not receiving the necessary prescription medication which had been prescribed for me by my obstetrician.

6. And, I am not receiving sufficient food.  I often feel hungry.  I receive watery oatmeal for breakfast.  I receive peanut butter and jelly on thin slices of bread for lunch and breakfast.  And for dinner I receive a plain beef patty and plain potatoes.  My diet is completely deficient in fresh fruits and vegetables, and the quantity is insufficient, given that I have twins.

7. I have been seen by the nurse practitioner here, Lucy.  She is the only medical personnel on staff, and she treats everyone.  She is not a specialist in obstetrics, and does not seem to understand my concerns and issues.

8. I want to carry my babies to term, and I wish to deliver, healthy babies.   Given the conditions that I am experiencing and the lack of medical care, I am extremely worried that I will be unable to carry my babies to term, or that my babies will suffer some adverse consequences due to the harmful conditions, lack of a nutritious and sufficient diet and treatment I am experiencing.

9. On or about December 1, 2017 I contacted attorney Yolanda Huang and expressed my distress and concern over the lack of medical care that I was receiving and asked for her assistance in intervening on my behalf.

10. I know that on December 29, 2017, attorney Huang had scheduled a legal contact visit. However, after she arrived, Santa Rita Jail denied her the visits.

11. I am asking the Court for a temporary restraining order so that I can receive the urgent medical care which I and my babies need, and an adequate, nutritious healthy diet which is required by 15 CCR 3355.2(h)1.  I am not receiving either a balanced diet, nor a nutritious diet.  And the quantity of food is not sufficient.

Page 2 of 19

12. I am willing to be a plaintiff in this case and to represent all potential class members. I make this declaration under penalty of perjury under the laws of the State of California, executed in Dublin, California.

Dated:  December __, 2017

_____
DOMINIQUE JACKSON