LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410

DENNIS CUNNINGHAM, SBN 112910
115A Bartlett St.
San Francisco, CA 94110
Telephone: 415-285-8091
Facsimile:  415-285-8092

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACLYN MOHRBACHER, ERIN ELLIS,
DOMINIQUE JACKSON, CHRISTINA
ZEPEDA, ALEXIS WAH, AND KELSEY
ERWIN, on behalf of themselves and others
similarly situated,

        Plaintiffs,

    vs.

ALAMEDA COUNTY SHERIFF'S OFFICE, et
al.,

        Defendants.

No. 3:18-cv-00050-JD

[PROPOSED] ORDER GRANTING
PLAINTIFFS'ADMINISTRATIVE MOTION
TO FILE UNDER SEAL

    As set forth in Plaintiffs' Administrative Motion to File Under Seal, Plaintiffs lodged with the Court the following document containing information designated by Plaintiffs

1.  ¶¶ 9-12 of the Declaration of Yolanda Huang;

2.  Declaration A attached to the Declaration of Yolanda Huang.

    Having considered plaintiffs' Administrative Motion Application made pursuant to Civil Local Rule 79-5(d) in support of sealing, and good cause appearing therefore;

1

IT IS HEREBY ORDERED that the above referenced document is to be filed under seal.

2

3

4

Dated: _____, 2018          _____

5                                                                        Hon. James Donato

6                                                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE: 3:18-cv-00050,