GREGORY B. THOMAS, ESQ. (SBN 239870)
TEMITAYO O. PETERS, ESQ. (SBN 309913)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
gthomas@bjg.com
opeters@bjg.com

Attorneys for Defendants COUNTY OF ALAMEDA
GREGORY J. AHERN, BRETT M. KETELES, TOM MADIGAN,
D. SKOLDQVIST, LT. HATTAWAY, SGT. CALEGARI,
DEPUTY DIVINE (512), DEPUTY DEBRA FARMANIAN,
DEPUTY WEATHERBEE (238), DEPUTY TANIA POPE,
DEPUTY WINSTEAD, and DEPUTY CAINE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JACLYN MOHRBACHER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALAMEDA COUNTY SHERIFF'S OFFICE, et al., <br><br> Defendants. | Case No. 3:18-cv-00050-JD <br><br> **DECLARATION OF ALMA RANKIN IN SUPPORT OF ALAMEDA COUNTY DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> **DATE:** <br> **TIME:** <br> **JUDGE:** Hon. James Donato <br> **COURTROOM:** 11, 9th Floor <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 <br><br> Complaint filed January 4, 2018 |

I, Alma Rankin, declare:

1.      I am currently a Deputy Sheriff employed by the Alameda County Sheriff's Office. Unless specifically stated to be made upon information and belief, I possess personal knowledge of the matters set forth herein, and if called upon as a witness in this matter, I could and would competently testify thereto.

2.      I have been working for the Alameda County Sheriff's Office since August 2005. After graduating from the police academy in February 2006, I began working in various capacities at Santa Rita Jail, including as a Deputy Sheriff assigned to Housing Unit 24 and in the Intake,

1   Transfer, and Release unit, and Intake Classification, before leaving to work as a Bailiff at the

2   Fremont Hall of Justice.  Upon my return to work at Santa Rita Jail in May 2014, I began working

3   in the Classification unit before I began my current position as the D.A. Liaison/Classification Unit

4   deputy.  I have been working in this capacity since on or around February 2016.

5       3.      On February 6, 2018, I checked out a Canon EOS Rebel T6 camera from the

6   Classification unit.  Cameras are available for checkout within the Classification unit to assist

7   deputies as they carry out their required duties.

8       4.      On February 6, 2018, between approximately 0900 and 1100 hours, I used the

9   above-referenced Classification unit camera to take several photographs of Housing Unit 24 and

10  the adjacent OB/GYN clinic to assist with this litigation.  I have personal knowledge of Housing

11  Unit 24 and the adjacent OB/GYN clinic due to my current duties and in light of my previous

12  experience working as a Deputy assigned to Housing Unit 24.

13      5.      Attached as **Exhibit E** are true and correct copies of photographs of the west side of

14  Housing Unit 24 (Pods D, E, and F), which is used to house mental and administrative segregation

15  classification female inmates.  I personally took these photographs on February 6, 2018, and they

16  accurately depict the appearance of the west side of Housing Unit 24 on the date they were taken.

17      6.      Attached as **Exhibit F** are true and correct copies of photographs of the east side of

18  Housing Unit 24 (Pods A, B, and C), which is used to house minimum classification female

19  inmates.  I personally took these photographs on February 6, 2018, and they accurately depict the

20  appearance of Housing Unit 24 on the date they were taken.

21      7.      Attached as **Exhibit G** are true and correct copies of photographs of the east

22  isolation cell in Housing Unit 24.  I personally took these photographs on February 6, 2018, and

23  they accurately depict the appearance of the east side of Housing Unit 24 on the date they were

24  taken.

25      8.      Attached as **Exhibit H** are true and correct copies of photographs of the sick call

26  room in Housing Unit 24.  I personally took these photographs on February 6, 2018, and they

27  accurately depict the appearance of the sick call room on the date they were taken.

28  / / /

1      9.    Attached as **Exhibit I** are true and correct copies of photographs of the OB/GYN

2    clinic adjacent to Housing Unit 24 and its immediate surroundings.   I personally took these

3    photographs on February 6, 2018, and they accurately depict the appearance of the OB/GYN clinic

4    and its surroundings on the date they were taken.

5      10.    Attached as **Exhibit J** are true and correct copies of photographs of a denim

6    pregnancy jacket. I personally took these photographs inside the OB/GYN clinic on February 6,

7    2018, and they accurately depict the appearance of a pregnancy jacket on the date they were taken.

8      I declare under penalty of perjury under the laws of the State of California that the

9    foregoing is true and correct.

10    Executed at _DUBLIN_____, California on February _20_, 2018.

By: _____ #1711

                          Alma Rankin

28116\774430

DECL. OF ALMA RANKIN IN SUPPORT OF ALAMEDA COUNTY DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR     PRELIMINARY INJUNCTION - Case No. 3:18-cv-00050-JD

# EXHIBIT E



# West
# 24

E-1



E-2



E-3







E-6





E-8

E-9

E-10



E-11

# EXHIBIT F



# East

## 24







**Housing Unit 24 Classes**

WASH HANDS
BEFORE
SERVING FOOD



Doula Circle





**L**earn **t**o
**R**ead
&
**W**rite
**Better**

You Can **G**et a Tut

Contact Inmate Ser





Doula Circle



Breaking Through Barriers

Are You Work Ready?





F−3



F-4



F–5



F-6



F-7

# EXHIBIT G



G–1



G-2



G—3

# EXHIBIT H



H-1



H-2



H–3

# EXHIBIT I



I-1

Please take note that pregnancy testing is optional, unless a judge orders it.

Por favor, tenga en cuenta que la prueba De embarazo es opcional, a menos que un juez lo ordena.

请大家注意，怀孕测试 可选的，除非法官命令它。

Mangyaring tandaan na ang pagbubuntis pagsubok ay opsyonal, maliban kung ang isang hukom order n a ito

Xin lưu ý rằng xét nghiệm thai là tùy chọn, trù Khi một lệnh thẩm phán nó

I-2



## IMPORTANT CHANGES
### Car Safety Seat Law

**Children under age 8** must be properly buckled into a car seat or booster in the back seat.

**Children age 8 or older, or who are 4'9" or taller,** may use the vehicle seat belt if it fits properly with the lap belt low on the hips, touching the upper thighs, and the shoulder belt crossing the center of the chest. If children are not tall enough for proper belt fit, they must ride in a booster or car seat.

**Everyone in the car** must be properly buckled. For each child under 16 who is not properly secured, parents (if the child is in their car) or the driver (more than $475) and get a point on their driving records.

**Keep your children safe. It's the law!**

---

### New Perinatal Coordinator

If you are pregnant, have a child 6 months and younger, have an open CPS Case, are looking for substance abuse treatment or any referrals/support that will assist with you and your children, please send a message request in for Ashley, the Perinatal Coordinator.



**CORIZON**

---



## Protect Babies from Whooping Cough

Create a circle of protection around your baby

Like it? Tell a friend! It's important!

www.cdc.gov/whoopingcough

---



**What's a doula?**
Doulas are trained in women's health issues, but we're not doctors or nurses.

**Topics covered at Doula Circle include:**
- Pregnancy and birth
  - Relationships
  - Parenting
  - Body Image
- Menstruation
- Communication
- Stress Management

## Doula Circle
### Mondays 1:30-3pm

Join us every week for a safe space to discuss women's health and empowerment, ask questions, share what you know, and get peer-support.

**Begins this Monday 11/17!**

---



## flu shot reminder
As part of your prenatal care, your doctor recommends getting a flu shot anytime during your pregnancy.

Getting a flu shot is a safe way to prevent possible flu-related complications.

Millions of pregnant women have safely received flu shots for many years.

Pregnant women should not get the nasal spray vaccine.

A flu shot during pregnancy protects both mom and baby (up to 6 months of age) from flu.

To learn more, visit www.cdc.gov/flu

**CDC** U.S. Department of Health and Human Services

I-3

## Begin with Love

You can help your baby learn better and be happier just by following these five simple guidelines.

### Talk, sing and read to your baby.

Let your baby hear your voice as much as possible. The newborn brain is especially interested in sound; it is the building block for speech and language. You can form a deep emotional connection between you and your baby by simply sharing the sound of your voice.



### Understand and respond to your baby's needs.

You can't "spoil" an infant, so go to her when she fusses or cries. **This teaches her that you care about her needs and that she can trust you.** Ignoring a baby's needs can do harm by causing stress levels to rise. You may not always understand your baby's cues, but be patient. This is a learning process for both you and your baby.

### Take care of yourself so you can take care of your baby.

Becoming a parent can be overwhelming and exhausting. Unless you take care of yourself, you will have a hard time taking good care of your baby. It is important to have support from friends, family or community organizations. **Do not be afraid to ask for help caring for your baby.**



### Create a predictable world for your baby.

**Providing routines and expected responses gives your baby a sense that the world is a trustworthy place.** It also teaches him that he can depend on you. If your baby understands this, he will spend less energy fussing over his needs and more time learning. Routines can include basic activities like feeding and bathing.

### Provide a warm and loving environment.



Helping your baby feel safe and secure is the key to encouraging growth and development. A newborn who feels loved will have an easier time learning about the world around her. Therefore, make sure you interact with your newborn providing love and affection.

**CIVITAS.**
Tools for Shaping Children's Lives®

*To purchase the Begin with Love video in English or Spanish, or for other Civitas products, call 1-800-TO-BEGIN, or log on to www.civitas.org.*

Lamaze

TMR FAMILY FOUNDATION



I-4



# INFORMATION FOR PREGNANT INMATES

Inmates known to be pregnant or in recovery after delivery, shall not be restrained by the use of leg irons, waist chains or handcuffs from behind the body.

Pregnant inmates in labor, during delivery, or in recovery after delivery, shall not be restrained by the wrists, ankles or both, unless deemed necessary for the safety and security of the inmate, staff or the public.

An inmate known to be pregnant or in recovery after delivery shall not be handcuffed in the front of the body unless restraints are deemed necessary for the safety and security of the inmate, the staff, or the public.

Restraints shall be removed when a professional who is currently responsible for the medical care of the inmate during a medical emergency, labor, delivery, after delivery or recovery determines that the removal of restraints is medically necessary.

While you are in custody within this county jail, and it is confirmed you are pregnant, the following standards and policies governing pregnant inmates will apply to you:

Facility medical staff will ensure necessary medication and vitamins, as recommended by a doctor, are available to you.

Prenatal and postpartum information, health care information and childbirth education/infant care will be provided to you by the facility's medical staff.

Medical diets, which are balanced and nutritious, will be authorized by the facility medical staff during the intake process, or after you have been housed.

Pregnant or lactating inmates will be given 8 ounces of milk at each meal and a snack with 8 ounces of milk during the evening. The housing unit deputy will ensure the snack is received by you.

For your protection, you have been provided this information to assist with your pregnancy while in custody.

If you have questions, you are encouraged to speak to custody staff, a nurse or other medical professional assigned to this facility.

I-6

# OB-GYN CLINIC RULES

1. QUIET DURING CLINIC HOURS.

2. DO NOT SPEAK THROUGH THE WINDOWS.

3. WE DO NOT SERVICE REGULAR SICK CALL ISSUES. (HOWEVER, YOU MAY REQUEST A SICK CALL SLIP)

4. PLEASE NOTIFY STAFF IF YOU ARE ON YOUR MENSTRUAL CYCLE.  (BLEEDING)

I-7



# FOR WOMEN OVER AGE 40 -

# FREE MAMMOGRAMS AND

# PAP SMEARS

# AT HIGHLAND HOSPITAL:

If you are a woman over age 40, without health insurance, you may be eligible for FREE services through California's "Every Woman Counts" Cancer Detection Program. Call for more information - 510-437-4920, or to schedule an appointment, at the Saturday Screening Clinic - 510-437-8500.







I-11



I-12



I-13



I-14



I-15



I-16



# EXHIBIT J



J-1



J-2