1  GREGORY B. THOMAS, ESQ. (SBN 239870)
   TEMITAYO O. PETERS, ESQ. (SBN 309913)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   Oakland, CA 94607
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5  gthomas@bjg.com
   opeters@bjg.com
6
   Attorneys for Defendants COUNTY OF ALAMEDA
7  GREGORY J. AHERN, BRETT M. KETELES, TOM MADIGAN,
   D. SKOLDQVIST, LT. HATTAWAY, SGT. CALEGARI,
8  DEPUTY DIVINE (512), DEPUTY DEBRA FARMANIAN,
   DEPUTY WEATHERBEE (238), DEPUTY TANIA POPE,
9  DEPUTY WINSTEAD, and DEPUTY CAINE

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                                    )  Case No. 3:18-cv-00050-JD
                                      )
13                                    )  **EXHIBITS R – S TO DECLARATION OF**
    JACLYN MOHRBACHER, et al.,        )  **PATRICK KENNEDY IN SUPPORT OF**
14                                    )  **ALAMEDA COUNTY DEFENDANTS'**
                                      )  **OPPOSITION TO PLAINTIFFS'**
15          Plaintiffs,               )  **MOTION FOR PRELIMINARY**
    v.                                )  **INJUNCTION**
16                                    )
    ALAMEDA COUNTY SHERIFF'S OFFICE, et )  **DATE:**
17  al.,                              )  **TIME:**
                                      )  **JUDGE:** Hon. James Donato
18          Defendants.               )  **COURTROOM:** 11, 9th Floor
                                      )  450 Golden Gate Avenue
19                                    )  San Francisco, CA 94102
                                      )
20  _____  )  Complaint filed January 4, 2018

21

22

23

24

25

26

27

28

EXHIBITS R – S TO DECLARATION OF PATRICK KENNEDY iso ALAMEDA COUNTY DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - Case No. 3:18-cv-00050-JD

# EXHIBIT R

## *INMATE GRIEVANCE RESPONSE*

GRIEVANCE TRACKING NUMBER: **14-0288**

INMATE: **WAH, ALEXIS**   PFN: **AUI144**   HOUSING UNIT LOCATION: NIC ~~24 C-31~~

GRIEVANCE IS   AFFIRMED: _____   DENIED: **XX**   UNRESOLVED: _____   RESOLVED: _____   REFERRED: _____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated, **March 5, 2014**. In your grievance, you made the following claim(s):

- There is an outbreak of contagious disease, staph infection and the inmates afflicted with this disease are working the kitchen.
- Cell cleaning was not done Tuesday night.

**Response:**
The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

A representative of the grievance unit contacted the housing deputies of your housing unit. The deputies of your housing unit have no knowledge of any inmates afflicted with the contagious disease, staph infection. The nurse in charge of your housing unit was also contacted and she has no knowledge of any inmate afflicted of this disease. If an inmate is found to have this contagious disease, there are standard protocols. The inmate has to go through a strict schedule of treatment. If you are concerned about germs and infectious diseases, you can contact Corizon Health Services to get information on prevention, cleanliness, better hygiene. There is no evidence to substantiate your claim that you are being subjected to health risks at Santa Rita Jail. Based on these, your grievance is **DENIED**.

You were concerned because cell cleaning was not conducted on Tuesday, 03/04/14. According to records in Housing 24, cell cleaning was performed on Wednesday, 03/05/14, about 1830 hours instead. The last part of your grievance is **DENIED**.

Investigating Supervisor: **R. Macintire, Sergeant** (RM)   Date: 3/14/14

Inmate's Signature: _____   Date: 3/15/14

Do you wish to appeal this ruling?   Yes _____   No X   Refused to Answer _____   Date: _____

Appeal Officer: _____   Recommendation: _____   Date: _____

Reason for affirmation or denial: (If different from above)

Commanding Officer: LT. SHAWN PETERSON, #893   Recommendation: Concur   Date: 03/18/2014

ML52 (Rev.01/01/05) RJMiraf   released 3/17/14 WTS   J #58 3/20/14

ENTERED MAR 2 0 2014

R-1

## ALAMEDA COUNTY SHERIFF'S OFFICE
### SANTA RITA JAIL
### INMATE GRIEVANCE FORM

NAME: Alexis Wah                    PFN: AUI 144

HOUSING UNIT: Q4 East      C 31        DATE: 3/5/14

NATURE OF GRIEVANCE: ( Give specific details )

My concerns about my own & fellow inmates
health come from at least three known outbreaks of
staph infection I've witnessed within the last month
that have occured on three different women's faces.
Two of them resided in upper A pod and both of
those women continued working in the kitchen, handling
food with large visible abscesses on their cheeks. One
inmate, who resides in my pod, upper C, also has a
large swollen abscess on her cheek as well. The
staphylococcus bacteria is highly contagious and is obviously
running rampant in our unit. This is also coinciding with
a facility wide request to no longer sell bar soap through
commissary. None of the other 17 females who live in
the same pod were notified of the dangerousity contagious-
ness of this bacteria, nor were we allowed to do our
bi-weekly scheduled cell cleaning last night. These events,
all together seem incredibly negligent, unsanitary and
inhumane. Particularly the kitchen factor (potentially contaminating
several other counties facilities as well) and the discontinuing
sales of soap. I now feel like I can't even wash my hands
after touching shared communal buttons, ie the flushing of the
toilet, the sink buttons and the shower, which I will not be
using during my remaining 12 days here. Please don't ignore
these concerns any longer. Thank You

*** DO NOT WRITE ON THE BACK OF THIS FORM.   USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: Alexis Wah

### *** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: E. WEATHERSBEE        BADGE #: 2165   DATE: 030614

[ ] RESOLVED – INMATE ACCEPTANCE: _____     [X] CAN NOT BE RESOLVED AT THIS LEVEL
    EXPLAIN RESOLUTION ON REVERSE SIDE.              DRAW TRACKING NUMBER FROM CP- 01

FORWARDED TO SGT. _____        TRACKING NUMBER: 14-0288

COPIES:  White - Staff use
         Pink - Inmate Receipt Copy

ML – 51  (rev 8/06)

RECEIVED MAR   7 2014

R-2

**Firmeza, Raymond, Sheriff**

| | |
|---|---|
| **From:** | Stinson, Patricia M., Sheriff |
| **Sent:** | Tuesday, March 11, 2014 12:56 PM |
| **To:** | Firmeza, Raymond, Sheriff |
| **Subject:** | cell cleaning |

They didn't do cell cleaning on Tues. They did it on wed.

Deputy Stinson

1

R-3

# INMATE GRIEVANCE RESPONSE
## SUPPLEMENTAL INFORMATION

| INMATE NAME   WAH, ALEXIS | PFN:   AUI144 |
|---|---|
| DATE OF GRIEVANCE:   03/05/14 | TRACKING#   14-0288 |

### THIS DOCUMENT IS SUBJECT TO SUBPOENA. PLEASE PREPARE IN A NEAT AND CONCISE FASHION.

On March 11, 2014, about 1300 hours, I spoke to Deputy Stinson, Deputy Szela and Deputy Collins from Housing 24. On March 12, 2014, about 0830 hours, I spoke to Deputy Johnson and Deputy Beazley from Housing 24. Corizon Nurse Reyes was also present during my conversation with Deputy Johnson and Beazley. These are deputies that regularly work Housing 24. All these deputies have no knowledge of any inmates afflicted with staph infection.

The nurse told me that inmates have to get medically screened before they are assigned to the kitchen crew. The nurse stated she has no knowledge of any inmate going through treatment for staph infection.

Nothing further.

| Printed Name | R. FIRMEZA | Badge#   1552 | | DATE   03/12/14 |
|---|---|---|---|---|

R-4

JQWC.17                     03/12/14  0748  PAGE  1

      QUERY WORK CREW ASSIGNMENT

HFA: SANTA RITA JAIL

**WORK CREW ASSIGNMENT: 17   KITCHEN WAITING**

             DATE

PFN/AJIS  NAME            HLOCN   ASSIGNED  MESSAGE


AUC318  HERRERA, ANTOINE     S23A35 01/09/2014

BFU048  SILVEIRA, MANDY      S23A38 01/09/2014  W:897

BHM608  MONTANO, COURTNE      S23A38 02/20/2014

BDW234  BRUSH, CRYSTAL      S24A23 03/03/2014

BHB626  JOHNSON, TRACY      S24C05 02/24/2014

ALY873  DANIELS, BYRON      S25D10 03/07/2014  W:861

BFN218  GRAY, GREGORY      S31A10 03/07/2014  W:783 W:897

BEQ455  JIMMERSON, JOSHUA     S31A15 03/04/2014

BHP189  AMES, MAXWELL      S31C25 03/03/2014

BAH957  ORANTES, ROBERTO      S31D54 03/07/2014  W:897 W:861

BHL753  ALVAREZ, JOSE      S31F55 02/04/2014

BBK302  BUTLER, DANIEL      S33A01 03/04/2014

BBA994  JEREZ, RAUL      S33A36 03/07/2014

AKD857  YEAGER, ARNOLD      S33C12 03/07/2014  W:861

BAZ792  ROGELIO, WILLIAN      S33C43 03/04/2014

BEQ625  PATRICO, JOSHUA      S33C49 03/07/2014

BER867  CHAPLIN, NIKOLAS      S33D07 03/07/2014

BEW927  CORONELSUAZO, GREFGOR    S33D12 03/07/2014

BGM513  TORRES, AARON        S33D39 03/07/2014

JQWC.35                              03/12/14  0750  PAGE  1

QUERY WORK CREW ASSIGNMENT

HFA: SANTA RITA JAIL

## WORK CREW ASSIGNMENT: 35   FEMALE KITCHEN CR

DATE

PFN/AJIS  NAME            HLOCN   ASSIGNED  MESSAGE


ULX357  JOHNSON, ANDREA        S24A07 03/07/2014  W:874 W:861

BGJ948  RUESGA, CHRISTI       S24A15 02/13/2014

BJT670  PARKER, KATELYN       S24A20 01/17/2014

APA554  SILVA, MARIA          S24A24 03/07/2014

ULX224  VAUGHN, LYNETTE       S24A29 02/13/2014  W:897

AYL805  POWELL, SANOVIA       S24A39 03/07/2014

ULW380  MARIN, AURORA         S24B23 01/30/2014

BJE671  MURO, BERTHAL         S24C14 01/23/2014

ULX078  MAGALLAN, MARIA       S24C21 02/13/2014  W:861

BFT016  KNIGHT, TERESA        S24C22 02/13/2014

BGA676  SCHUMANN, SARA        S24C25 03/07/2014

ULX399  DONALDSON, TARA       S24C27 03/07/2014  W:861

ULX203  JACKSON, LATOYA       S24C30 03/07/2014

AUI144  WAH, ALEXIS           S24C31 11/07/2013

1830 cell cleaning e. side.

| Inmate Name | WAH, ALEXIS | Grievance # | 288 |

| Date | Task | Notes |
|---|---|---|
| 3/5/2014 | **Inmate Writes Grievance** | |
| 3/6/2014 | **Housing Deputy gets Tracking** | |
| 3/7/2014 | Date received in Grievance Unit | |
| 3/7/2014 | Started working on | |
| 3/7/2014 | Got copies of Redbook | |
| 3/11/2014 | Interviewed housing deputies | |
| 3/12/2014 | Interviewed deputies and nurse | |
| 3/12/2014 | Sent for Sergeant Signature | |
| 3/14 | Sgt. approved | |
| 3/15 | out to inmate | |
| 3/17 | in from inmate | |
| 3/17 | Out to Lt. Peterson | |
| 3/19 | in from Lt. Peterson | |

| SAMPLE TASKS |
|---|
| Date received in Grievance Unit |
| Tasked Dept. SoSo |
| Rcvd. Response |
| Sent for Signature |
| tasked |
| retasked for clarification |
| waiting for DI to clear |
| copied redbook |
| Made contact w/ Dep. Working on it. |
| waiting on…. |

# EXHIBIT S

## *INMATE GRIEVANCE RESPONSE*

GRIEVANCE TRACKING NUMBER:  **16-0603**

INMATE: **ERWIN, KELSEY**    PFN: **BEK401**    HOUSING UNIT LOCATION: ~~21-E02~~ C10 21-E02

GRIEVANCE IS    AFFIRMED: _____    DENIED: **X**    WITHDRAWN: _____    RESOLVED: _____    REFERRED: _____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated **April 4, 2016.** In your grievance, you made the following claim(s):

- You want to speak with a deputy or sergeant regarding your claim that a housing unit deputy does not send out your completed message request forms.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

On April 7, 2016, a member of the Grievance Unit contacted you at your housing unit (21) to fulfill your request to speak with a deputy or sergeant regarding your grievance.

During the conversation you did not inform the Grievance Unit Deputy of any other issue / allegation, other than the one listed above.

As a result of the conversation, the housing unit deputy was contacted regarding your grievance. The deputy provided a written statement denying your claim.

The deputy stated she retrieves the inmate request forms left in each inmate's cell door frame. The forms are then forwarded to the correct department.

The deputy denied responding to your request form and stated it was placed in the housing unit mail slot and sent out by the Sheriff's Technician.

There is no evidence to substantiate your claim that the deputy is purposefully not sending out your message requests.

Due to the aforementioned, your grievance is **DENIED.**

Investigating Supervisor: **P. Kennedy, Sergeant**    Date: 041214

Inmate's Signature: _____    Date: 4-14-16

Do you wish to appeal this ruling?    Yes    ✗ No    Refused to Answer    Date:

Appeal Officer: LT. LAEGL 1669    Recommendation: ✓ _____    Date: 4-14-16

Reason for affirmation or denial: (If different from above)

Commanding Officer: LT. P. SLAUGHTER #1068    Recommendation: CONCUR    Date: 4-17-16

ENTERED APR 1 8 2016

S-1

## ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM

[✓] Santa Rita Jail  [ ] Glenn E. Dyer Detention Facility

ADA
RELATED

NAME: KELSEY ERWIN     PFN: BEK401     DATE: 4/4/16     HU/FLOOR 21/E02

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* DATE GRIEVANCE OCCURRED 4/2/16

Dep. McKinney

**Grievance Details:**

I have several issues on which I'd like to discuss w/ a SGT or someone
other then H/u deputies. It took a week to even obtain a grievance
and message requests are not regularly made available to me either
when I did attempt to submit message request Dep. _____ made it
a point to remove them from the mail slot right in front of me. The
message request made out to classification was returned the very
next night (Saturday 4/2/16) by Dep. Townsend. It only had
"NO" written across the back w/ no Dep. signature or name
As I said I have a few issues I need to discuss however
it can be difficult and sometimes impossible to reach anyone
outside of my pod. I was told I need to use a request slip
to try to speak w/ a SGT. I've put in 2 slips to no avail
and there are few deputies who will assist me in obtaining
a message request let alone a grievance. If I could help it
I wouldn't ask the deputies for anything but I am isolated in
21 E - there is nobody to get pills at pill call (the usual time
inmates get supplies) and the same few deputies make basic needs
available. I understand there may be consequences for poor choices
and I have never gave any trouble about shakedowns punishments
segregation nor have I been disrespectful to an officer

**INMATE SIGNATURE:** _[signature]_

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPPA rights. If you disagree with this, you must indicate so in your grievance.*

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

**Received by Deputy:** EMILICHICHI     **Badge#** 2256     **Date:** 4/4/16

[ ] **Resolved at Deputy Level**     **Inmate Acceptance (Signature)** _____

[✓] **Cannot be resolved at Deputy Level**     **Grievance Tracking Number:** 16-06030 cm

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

McKinney
Copies: White-Staff
Pink-Inmate has been even more so unapproachable
yet Dep. _____ and thrown out my requests

RECEIVED APR - 5 2016

ML-51 (rev 10/14)

S-2

# INMATE GRIEVANCE RESPONSE
## SUPPLEMENTAL INFORMATION

| INMATE NAME   ERWIN, KELSEY | | PFN:   BEK401 |
|---|---|---|
| DATE OF GRIEVANCE:   APRIL 4, 2016 | TRACKING#   16-0603 | |

### THIS DOCUMENT IS SUBJECT TO SUBPOENA.  PLEASE PREPARE IN A NEAT AND CONCISE FASHION.

On Saturday, April 02, 2016, while working as a Deputy Sheriff assigned to Santa Rita Jail, assigned to Housing Unit 21, the following occurred:

Each evening after Pod time either myself, or my partner walk to each Pod and collect any Inmate Request Forms left in the door frame offer supplies. We forward the completed Inmate Request Forms to the correct Department, and/or personnel.

On this date, I collected an Inmate Request Form from the door of E-Pod, completed by inmate Kelsey ERWIN (BEK401). The form was designated for Classification, not the Housing Unit Deputy or Housing Unit Technician. I did not respond to the form. That form was turned into the mail slot with other Inmate Request Forms for other departments, and sent out by the Housing Unit Sheriff Technician.

| Printed Name   J. MCKINNEY | Badge#   2255 | DATE   04/09/16 |
|---|---|---|

VIEVU used  Yes _____   No _X___

ML-53 (rev 10/14)

**Procopio, Anthony R., Sheriff**

| | |
|---|---|
| **From:** | McKinney,Jessica L.,Sheriff |
| **Sent:** | Sunday, April 10, 2016 3:47 AM |
| **To:** | Procopio, Anthony R., Sheriff |
| **Subject:** | RE: Grievance #16-0603 - Inmate; Kelsey Erwin (PFN - BEK401) |
| **Attachments:** | ERWIN 2.docx |

Hello Deputy Procopio,

Here is my response to Grievance #16-0603.

Thank You,
Deputy J. Mckinney

**From:** Procopio, Anthony R., Sheriff
**Sent:** Wednesday, April 06, 2016 12:08 PM
**To:** McKinney,Jessica L.,Sheriff
**Subject:** Grievance #16-0603 - Inmate; Kelsey Erwin (PFN - BEK401)

Deputy J. McKinney,

Attached you will find a grievance written by inmate Kelsey Erwin (PFN – BEK401).  Please read the grievance and respond to the allegations on the attached Grievance Response Form.

Your prompt response is appreciated,

*Deputy A. R. Procopio #1750*
**Alameda County Sheriff's Office**
**Santa Rita Jail-Grievance/Litigation Unit**
**5325 Broder Blvd. Dublin, Ca 94568**

███████████████
███████████



S-4

## Procopio, Anthony R., Sheriff

| | |
|---|---|
| **From:** | Procopio, Anthony R., Sheriff |
| **Sent:** | Wednesday, April 06, 2016 12:08 PM |
| **To:** | McKinney,Jessica L.,Sheriff |
| **Subject:** | Grievance #16-0603 - Inmate; Kelsey Erwin (PFN - BEK401) |
| **Attachments:** | ERWIN,K - #16-0603 - GRIEVANCE SCAN.pdf; GRIEVANCE RESPONSE FORM.docx |

Deputy J. McKinney,

Attached you will find a grievance written by inmate Kelsey Erwin (PFN – BEK401).  Please read the grievance and respond to the allegations on the attached Grievance Response Form.

Your prompt response is appreciated,

*Deputy A. R. Procopio #1750*
**Alameda County Sheriff's Office**
**Santa Rita Jail-Grievance/Litigation Unit**
**5325 Broder Blvd. Dublin, Ca 94568**

███████████

███████████



| Grievance # | 160003 | IM Name | Erwin Kelsey | PFN | BEK401 |
|---|---|---|---|---|---|

| Date | Task | Notes |
|---|---|---|
| 4/4/16 | **Inmate Writes Grievance** | |
| 4/4 | **Housing Deputy gets Tracking** | |
| 4/6 | **Date received in Grievance Unit** | |
| 4/6 | **Date assigned to Grievance Dep** | Deputy A. Procopio, #1750 |
| 4/6/16 | TASKED DEPUTY (McK) | EMAIL SENT 4/6/16 @ 1208 HR |
| 4/7/16 | MET W/ INMATE @ H.U. regard grievance | Deputy A. Procopio, #1750 |
| 4/12/16 | Deputy Response Recevd | 4/10/16 @ 0347 HRS. |
| 4/12/16 | Grievance Written | Deputy A. Procopio, #1750 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | **SAMPLE TASKS** |
| | | Date received in Grievance Unit |
| | | Tasked Dept. NoName |
| | | Rcvd. Response |
| | | Sent for Signature |
| | | tasked |
| | | retasked for clarification |
| | | waiting for DI to clear |
| | | copied redbook |
| | | Made contact w/ Dep. Working on it. |
| | | waiting on…. |

## *INMATE GRIEVANCE RESPONSE*

GRIEVANCE TRACKING NUMBER:   **16-1088**

INMATE:   **ERWIN, KELSEY**   PFN:   **BEK401**   HOUSING UNIT LOCATION:   21-E11 B

GRIEVANCE IS   AFFIRMED: _____   DENIED:   X   WITHDRAWN: _____   RESOLVED: _____   REFERRED: _____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated **June 29, 2016**. In your grievance, you made several claims. However, on March 1, 2015, a policy change stating only one issue per grievance form took effect. This policy change was posted in every housing unit prior to its implementation. You submitted a grievance containing more than one issue. The Grievance Unit answered the issue it deemed most significant. If you wish to have your additional issues investigated, complete additional grievance forms. Attached to this response are blank grievance forms for your convenience.

- You want to be reclassified.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

The Classification Unit was contacted regarding your grievance. A member of Classification provided a written statement regarding your claim.

The Classification Deputy stated you are classified to Medium security due to your current charges and due to your involvement in five physical altercations over the past two years.

Your grievance is **DENIED**.

| | | |
|---|---|---|
| Investigating Supervisor: | **P. Kennedy, Sergeant** | Date: 081616 |
| Inmate's Signature: | | Date: 8/16/16 |
| Do you wish to appeal this ruling?   Yes  X   No _____   Refused to Answer | | Date: |
| Appeal Officer:   LT. LACCEL 1669 | Recommendation:   DENIED | Date: 8/19/16 |

Reason for affirmation or denial: (If different from above)

Commanding Officer:   LT. P. SLAUGHTER #1068   Recommendation:   CONCUR   Date: 8/23/16

ML52 (Rev.01/01/05) ARP/srp

ENTERED AUG 2 5 2016

## ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM

[ ✓ Santa Rita Jail  [ ] Glenn E. Dyer Detention Facility ]

[ ] ADA
RELATED

NAME: KELSEY ERWIN      PFN: BEK401      DATE: 6/28/16   HU/FLOOR 21 E 11

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* DATE GRIEVANCE OCCURRED 3/16 — PRESENT

**Grievance Details:**

I HAVE WROTE CLASSIFICATION AT LEAST 10 TIMES NEVER ONCE RECIEVING ANY KIND OF RESPONSE
AT THE BEGINNING OF THE YEAR CLASS WROTE BACK TELLING ME TO WAIT TIL APRIL IN REGARDS TO REING
DOWNCLASSED SO I WAITED ONCE AGAIN I DONT EVEN KNOW IF MY REQUESTS MAKE IT OUT OF HERE BUT IT TOOK
A WEEK TO GET THIS FORM SO I CANT EVEN DEAL W/ THAT. IVE BEEN IN THIS POD W/ ORANGE, MED, MAX
BLUE, GREEN, PC RED BARLEY SCRAPING BY W/ THE MANDATORY MINIMUM REQUIRED POD TIME, THE BOOKS
WILL SHOW WE ALL HAD AN HOUR A.M. PODTIME WHEN OFTEN WE DID NOT (AND IM TALKIN ABOUT
REFUSALS) WHEN WE DO COME OUT SOME SHIFTS WILL LOCK US RIGHT BACK DOWN FOR SPEAKING TO OTHER
CLASSES. #2! BOTH MY NEIGHBORS ARE DIFFERENT CLASSIFICATIONS. AM I SUPPOSED TO WALK W/ MY HEAD DOWN
ITS NOT LIKE WE'RE HOOP'N N HOLLER'N FIGHTING + YELLING. YOU GUYS JUST PUT A SPANISH ONLY SPEAKING
PREGNATE WOMAN ALONE DOWNSTAIRS WHO HAS NEVER BEEN TO JAIL IT TOOK 2 DAYS BUT I GAVE HER
A PIN # TO USE THE PHONE B/C THE ONLY SPANISH SPEAKING PERSON IS IN PC AND WAS TOO AFRAID
TO SPEAK TO A BLUE. A FEW OF THE FEMALE DEPUTIES ARE BEYOND UNPROFESSIONAL THEY ARE
ALWAYS IN A BAD MOOD AND VERY UNAPPROACHABLE BUT I KNOW ATTEMPTING TO GRIEVE THEM BY
NAME WILL RESULT IN THEM SAYING OF COURSE THATS NOT TRUE AND I'D BE ADDING ANOTHER
LAYER. TO THIS SIBERIA HELL 21 E. I FEEL LIKE WE BEEN TAKING THIS SHIT IN STRIDE NO MATTER
WHAT LAME SMART REMARKS OR HOW MUCH CERTAIN OFFICERS GO OUT OF THEIR WAY TO NOT HELP
ME W/ AN ISSUE I NEVER GET DISRESPECTFUL BACK. I GO MONTHS OR WEEKS W/O BUNKY'S ONLY TO
COME BACK FROM COURT TO FIND THE SAME SURPRISE HEROIN KICK'N BUM THEY GAVE ME THE LAST
TIME I GOT A BUNKY.. W/ THE SWINE FLU /WEST NILE FLEM COUGH LOCKED IN NICE N SNUG
IM NOT ABLE TO SPEAK W/ A SGT OR CLASS OR EVEN GET WRITEN RESPONSES. AM I SUPPOSED TO
WILD OUT ACT LIKE I DID WAS WHEN I WAS YOUNG

INMATE SIGNATURE: *[signature]*

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPPA rights. If you disagree with this, you must indicate so in your grievance.*

### ***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
### ***DO NOT WRITE BELOW THIS LINE***

Received by Deputy: K. WINSTEAD      Badge# 2221   Date: 06·29·2016

[ ] Resolved at Deputy Level      Inmate Acceptance (Signature) *[redacted]*

[✗] Cannot be resolved at Deputy Level    Grievance Tracking Number: 16 - 1088

*The Deputy who received the inmate's grievance shall attach on Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff
Pink-Inmate

ML-51 (rev 10/14)

RECEIVED JUN 3 0 2016

S-8

## INMATE GRIEVANCE RESPONSE
## SUPPLEMENTAL INFORMATION

| INMATE NAME  Kelsey Erwin | PFN:  BEK401 |
|---|---|
| DATE OF GRIEVANCE:    6/28/16 | TRACKING#  16-1088 |

**THIS DOCUMENT IS SUBJECT TO SUBPOENA.  PLEASE PREPARE IN A NEAT AND CONCISE FASHION.**

This grievance response is for the Classification section of inmate Kelsey Erwin's grievance #16-1088.

In regards to inmate Irwin's classification status, she is classified Medium security due to her current charges as well as the fact she has been in five (5) physical altercations in the past two years.

As for her switching pods, that is the responsibility of the housing unit Deputies assigned to her housing unit.

Nothing Further.

| Printed Name    J. W. Wilkie | Badge#   769 | DATE   8/4/16 |
|---|---|---|

# ALAMEDA COUNTY SHERIFF'S OFFICE
# INMATE GRIEVANCE RESPONSE
# NOTICE OF EXTENSION

DATE:          July 14, 2016

TO:            Erwin, Kelsey Ann (BEK401) - Housing Unit: SRJ 21 E 11

FROM:          P. Kennedy, Sergeant

SUBJECT:       **NOTICE OF EXTENSION FOR GRIEVANCE #16-1088**

In accordance with Alameda County Detentions and Corrections Policy and Procedure 16.03, your grievance has been received and your concerns are under investigation. Due to special circumstances, more than the standard twenty-one (21) day response time may be needed to complete the inquiry. Upon the conclusion of the investigation, you will be advised in writing of the outcome of your grievance. A copy of the findings will be provided to you after all actions, including all appeals, have been completed.

INMATE SIGNATURE: _____     DATE: 7/14/16

NOTIFICATION OFFICER: Deputy R. Firmeza, #1552     BADGE: ____     DATE: 7\14\16

**Please return to the Grievance Unit no later than Tuesday, July 19, 2016.**

Grievance Date: 06/28/2016

ML-54
REV: 10/2014

| Grievance # | 16-1088 | IM Name | Erwin | | PFN | BEK401 |

| Date | Task | Notes |
|------|------|-------|
| 6/28/16 | **Inmate Writes Grievance** | Kelsey |
| 6/29 | **Housing Deputy gets Tracking** | |
| 6/30 | **Date received in Grievance Unit** | |
| 6/30/16 | **Date assigned to Grievance Dep** | Deputy A. Procopio, #1750 |
| 8/3/11 | Tasked Classification (W) | Email sent ~~7/25~~ on 8/3/16 |
| 8/4/16 | Classification Response Rec'd | 8.4.16 @ 1401 HN. |
| 8/11/11 | Grievance Written | Deputy A. Procopio, #1750 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | **SAMPLE TASKS** |
| | | Date received in Grievance Unit |
| | | Tasked Dept. NoName |
| | | Rcvd. Response |
| | | Sent for Signature |
| | | tasked |
| | | retasked for clarification |
| | | waiting for DI to clear |
| | | copied redbook |
| | | Made contact w/ Dep. Working on it. |
| | | waiting on.... |

## *INMATE GRIEVANCE RESPONSE*

GRIEVANCE TRACKING NUMBER:     **16-1482**

INMATE:     **ERWIN, KELSEY**     PFN:   **BEK401**   HOUSING UNIT LOCATION:   **21-B11**

GRIEVANCE IS     AFFIRMED: _____   DENIED: _____   WITHDRAWN: _____   RESOLVED:   **X**   REFERRED: _____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated **September 6, 2016.** In your grievance, you made the following claim(s):

- You are requesting information regarding the five physical altercations mentioned in grievance number 16-1088.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

A member of the Classification Unit was contacted regarding your grievance. The deputy provided a written response.

A review of your classification file was conducted. You were involved in two fights covered under criminal report numbers (15-006493 and 15-0204).

The other three incidents were not "physical" as previously stated.

One was an update to a keep separate on an inmate who returned to custody.

The other two, were arguments / problems you had with staff.

"Your Classification plan" is under the same classification guidelines as all medium security inmates.

Your grievance is **RESOLVED.**

| | | | |
|---|---|---|---|
| Investigating Supervisor: | **P. Kennedy, Sergeant** | Date: | 091416 |
| Inmate's Signature: | | Date: | 09/21/16 |
| Do you wish to appeal this ruling?     Yes     No     Refused to Answer | | Date: | |
| Appeal Officer:   LT. LACOL 1669 | Recommendation:   RESOLVED | Date: | 9/23/16 |

Reason for affirmation or denial: (If different from above)

Commanding Officer:   LT. P. SLAUGHTER #1068   Recommendation:     CONCUR     Date:     092816

ML52 (Rev.01/01/05) ARP/arp

ENTERED SEP 3 0 2016

S-12

## ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM

[ ] ADA RELATED

[ ✓ Santa Rita Jail   [ ] Glenn E. Dyer Detention Facility

NAME: KELSEY ERWIN   PFN: BEK401   DATE: 9-6-16   HU/FLOOR 21/B 11

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* DATE GRIEVANCE OCCURRED 8/25/16

**Grievance Details:**

The classification deputy who responded to Grievance #16-1088 states I've been involved in 5 physical altercations in the past 2 years. I have never been notified of these violations or recieve any kind of write up I was involved in one altercation in Nov. 2015 but was not given a copy of that write up other. I have been requesting information about my 'classification plan' in general, disciplinary reports specifically many times. The only response I've received in over 6 months was the reply to the Grievance

**INMATE SIGNATURE:**

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPPA rights. If you disagree with this, you must indicate so in your grievance.*

### ***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
### ***DO NOT WRITE BELOW THIS LINE***

Received by Deputy: SCHIPKE   Badge# 2120   Date: 090616

[ ] Resolved at Deputy Level   Inmate Acceptance (*Signature*) _____

[✓] Cannot be resolved at Deputy Level   Grievance Tracking Number: 16-1482

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff
Pink-Inmate

RECEIVED SEP - 8 2016

ML-51 (rev 10/14)

S-13

## INMATE GRIEVANCE RESPONSE
## SUPPLEMENTAL INFORMATION

| INMATE NAME   Kelsey Erwin | PFN:   BEK401 |
|---|---|
| DATE OF GRIEVANCE:     9/06/16 | TRACKING#   16-1482 |

**THIS DOCUMENT IS SUBJECT TO SUBPOENA.  PLEASE PREPARE IN A NEAT AND CONCISE FASHION.**

This grievance response is for inmate Kelsey Erwin's grievance #16-1482.

In regards to the (5) physical altercations in the past two years: After reviewing her file Erwin has two fights that were covered under criminal report numbers 15-006493 and 15-02040. There were no disciplinary reports generated for these incidents.

The other three were incidents where criminal reports or disciplinary reports were not generated. One of the incidents was an update to a keep separate on an inmate who returned to custody under a federal number. Due to the original keep separate being placed under the inmate's county issued PFN it did not transfer to the UFN and was entered by classification on March of 2016. This transfer of the KSF appeared to be an assault that occurred in 2016 when in fact it was not.

The other two incidents were also not "physical" as previously stated, but rather verbal arguments or problems with staff that were brought to classifications attention where no criminal report, discipline report, or memorandum was generated.

In regards to her "Classification plan" there is no set plan for her as an individual, she is under the same classification guidelines as all medium security inmates.

Nothing further.

Classification Deputy J. W. Wilkie #769

| Printed Name | J. W. Wilkie | Badge# | 769 | | DATE | 9/13/16 |
|---|---|---|---|---|---|---|

## Procopio, Anthony R., Sheriff

| | |
|---|---|
| **From:** | Wilkie, John-Wesley W., Sheriff |
| **Sent:** | Wednesday, September 14, 2016 7:51 AM |
| **To:** | Procopio, Anthony R., Sheriff |
| **Subject:** | RE: Grievance #16-1482 - Inmate Kelsey Erwin (PFN-BEK401) |
| **Attachments:** | NEW GRIEVANCE RESPONSE FORM irwin 2 (Autosaved).docx |

Hey Pro,

Here is my response to Kelsey. I have to admit she is kind of right. I should have said incidents instead of altercations. My bad, However, this does not change her classification status due to her current charges.  Let me know if you need anything else.

**John W.Wilkie** | Deputy Sheriff | Alameda County Sheriff's Office
Detention and Corrections | Classification Unit | Santa Rita Jail
5325 Broder Blvd. | Dublin, CA 94568
█████████ █ ████████ |
███████ | www.alamedacountysheriff.org



"If everyone is thinking alike, then somebody isn't thinking." General George S. Patton

CONFIDENTIALITY NOTICE: This message, including any attachments is intended only for the person or entity to which it is addressed, and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution and/or copying of this message, including any attachments, or any information contained herein, by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please contact the sender immediately by e-mail or telephone, and delete the original message in its entirety.

**From:** Procopio, Anthony R., Sheriff
**Sent:** Tuesday, September 13, 2016 8:42 AM
**To:** Wilkie, John-Wesley W., Sheriff ████████████ >
**Subject:** Grievance #16-1482 - Inmate Kelsey Erwin (PFN-BEK401)

John,

Here is a grievance authored by inmate Kelsey Erwin regarding a prior response you provided.
Please read the grievance and provide whatever details regarding the five altercations you feel appropriate.

You will understand, after you read the grievance.

Thx,

*Deputy A. R. Procopio #1750*
**Alameda County Sheriff's Office**
**Santa Rita Jail-Grievance/Litigation Unit**

S-15

| Grievance # | 161482 | IM Name | Erwin | | PFN | BEK401 |
|---|---|---|---|---|---|---|
| **Date** | **Task** | | Kelsey | **Notes** | | |
| 9/8/16 | Inmate Writes Grievance | | | | | |
| 9/8 | Housing Deputy gets Tracking | | | | | |
| 9/8 | Date received in Grievance Unit | | | | | |
| 9/8/16 | Date assigned to Grievance Dep | | Deputy A. Procopio, #1750 | | | |
| 9/13/16 | Tasked Classification (J.L) | | EMAIL SENT 9.13.16 @ 0842 | | | |
| 9.14.16 | Classification Response Rec'd | | 9.14.16 @ 0751 HRS. | | | |
| 9.15.16 | Grievance Written | | Deputy A. Procopio, #1750 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | **SAMPLE TASKS** | | | |
| | | | Date received in Grievance Unit | | | |
| | | | Tasked Dept. NoName | | | |
| | | | Rcvd. Response | | | |
| | | | Sent for Signature | | | |
| | | | tasked | | | |
| | | | retasked for clarification | | | |
| | | | waiting for DI to clear | | | |
| | | | copied redbook | | | |
| | | | Made contact w/ Dep. Working on it. | | | |
| | | | waiting on…. | | | |

## *INMATE GRIEVANCE RESPONSE*

**GRIEVANCE TRACKING NUMBER:**   **17-0238**

INMATE:   **ERWIN, KELSEY**   PFN:   **BEK401**   HOUSING UNIT LOCATION:   **21-B08**

GRIEVANCE IS   AFFIRMED: _____   DENIED: _____   WITHDRAWN: _____   RESOLVED:   **X**   REFERRED: _____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received **February 18, 2017.**  In your grievance, you made the following claim(s):

- You want to be able to purchase kosher dill pickles.

**Response:** The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

The restriction for ordering pickles in Housing Unit 21, has been lifted.  Pickles can now be purchased in Housing Unit 21.

Your grievance is **RESOLVED.**

Investigating Supervisor: _____ **P. Kennedy, Sergeant** _____   Date: 080817

Inmate's Signature: _____   Date: 3 9 17

Do you wish to appeal this ruling?   Yes _____   No  X   Refused to Answer _____   Date: _____

Appeal Officer: _____   Recommendation: _____   Date: _____

Reason for affirmation or denial: (If different from above)

P.H. SLAUGHTER LT. #1068

Commanding Officer: _____   Recommendation: CONCUR   Date: 3-21-17

ENTERED MAR 2 2 2017

ML52 (Rev.01/01/05) ARP/arp

## ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM

[ ] ADA RELATED

[✓] Santa Rita Jail   [ ] Glenn E. Dyer Detention Facility

NAME: K. ERWIN Kelsey   PFN: BEK401   DATE: 2/16/17   HU/FLOOR 4/u 21 B 08

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* **DATE GRIEVANCE OCCURRED** _____

**Grievance Details:**

H/u 21 B pod is Restricted from buying
item# 4108 Kosher Dill pickle. The list does not
say its restricted and other people in the same
classification/same H/u are able to buy them.

im sure its just rumor that females are supposed to
be restricted however that would be really crappy
if this would lead to the other pods being
restricted because they are female.

**INMATE SIGNATURE:** _[signature]_

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPPA rights. If you disagree with this, you must indicate so in your grievance.*

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

Received by Deputy: J. COSTANZO   Badge# 2243   Date: 021817

[ ] Resolved at Deputy Level   Inmate Acceptance (*Signature*) _____

[✓] Cannot be resolved at Deputy Level   Grievance Tracking Number: 17-0238

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff
Pink-Inmate

RECEIVED FEB 2 2 2017

ML-51 (rev 10/14)

S-18

### INMATE GRIEVANCE RESPONSE
## SUPPLEMENTAL INFORMATION

| INMATE NAME   K. ERWIN | | PFN:   BEK401 |
|---|---|---|
| DATE OF GRIEVANCE:   2/16/17 | TRACKING#   17-0238 | |

**THIS DOCUMENT IS SUBJECT TO SUBPOENA.  PLEASE PREPARE IN A NEAT AND CONCISE FASHION.**

   *The pickles have been restricted for H.U. 21 for quite some time now.  There were two sections in H.U. 21 that pickles have gone through due to the restriction level was entered incorrectly and so some pickles have gone through.*

   *Please Note:  The restriction level for the pickles in H.U. 21 has been lifted per. The jails request.  The pickles now can be purchased for all sections in H.U. 21.  Sorry for any inconvenience.*

 *Sincerely,*

*Lisa/Trinity Services Group*

| Printed Name   Lisa Montoya | Badge# | DATE   2/28/17 |
|---|---|---|

ML-53 (rev 10/14)

S-19

# ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE RESPONSE
## NOTICE OF EXTENSION

DATE:        March 2, 2017

TO:          Erwin, Kelsey Ann (BEK401) - Housing Unit: SRJ 21 B 8

FROM:        P. Kennedy, Sergeant

SUBJECT:     **NOTICE OF EXTENSION FOR GRIEVANCE #17-0238**

In accordance with Alameda County Detentions and Corrections Policy and Procedure 16.03, your grievance has been received and your concerns are under investigation. Due to special circumstances, more than the standard twenty-one (21) day response time may be needed to complete the inquiry. Upon the conclusion of the investigation, you will be advised in writing of the outcome of your grievance. A copy of the findings will be provided to you after all actions, including all appeals, have been completed.

INMATE SIGNATURE: _____ DATE: 3/2/17

NOTIFICATION OFFICER: _____ BADGE: 1206 DATE: 3/2/17

**Please return to the Grievance Unit no later than Tuesday, March 7, 2017.**

Grievance Date: 02/16/2017

ML-54
REV: 10/2014

S-20

| Grievance # | 170238 | IM Name | Erwin | | PFN | BEK401 |
|---|---|---|---|---|---|---|
| **Date** | **Task** | | Kelsey | **Notes** | | |
| 4/6/17 | **Inmate Writes Grievance** | | | | | |
| 2/18 | **Housing Deputy gets Tracking** | | | | | |
| 2/20 | **Date received in Grievance Unit** | | | | | |
| 2/25/17 | **Date assigned to Grievance Dep** | | Deputy A. Procopio, #1750 | | | |
| 2/25/17 | Tasked Trinity | | Sent 1533 HPS | | | |
| 2/29/17 | Response Received | | | | | |
| 7/8/17 | Grievance Written | | Deputy A. Procopio, #1750 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | **SAMPLE TASKS** | | | |
| | | | Date received in Grievance Unit | | | |
| | | | Tasked Dept. NoName | | | |
| | | | Rcvd. Response | | | |
| | | | Sent for Signature | | | |
| | | | tasked | | | |
| | | | retasked for clarification | | | |
| | | | waiting for DI to clear | | | |
| | | | copied redbook | | | |
| | | | Made contact w/ Dep. Working on it. | | | |
| | | | waiting on.... | | | |

On February 22, 2018, this Court ordered Defendant CFMG to produce medical records once it is in possession of HIPAA-compliant waivers from Plaintiffs' counsel.  Dkt. No. 32.  The Court further ordered that the medical records will be subject to a protective order, which has not yet been entered. *Id.*  Some of the grievances submitted by Plaintiffs in this case are medical in nature.  As such, the grievance responses necessarily implicate Plaintiffs' medical records.  Defendants have submitted all of the grievances Plaintiffs had submitted to Santa Rita Jail's Grievance Litigation Unit as of February 16, 2018.  Declaration of Patrick Kennedy ¶¶ 13-17.  The responses to certain grievances contain medical information which may be considered a medical record by the Court.  As a result, Defendants have withheld grievance responses that contain any medical information and will submit them once in connection with further briefing re Plaintiffs' medical claims after the protective order  is entered.

## ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE FORM

[ ] ADA RELATED

[ ] Santa Rita Jail  [ ] Glenn E. Dyer Detention Facility

NAME: K. ERWIN   Kelsey   PFN: BEK401   DATE: 2/8/17   HU/FLOOR: 24 B08

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* DATE GRIEVANCE OCCURRED PAST 60-90 days

**Grievance Details:**

I HAVE SEEN MULTIPLE NURSES ABOUT REFILLING MY HEARTBURN MEDICATION WHICH I HAVE BEEN TAKING HERE OVER 9 MONTHS 2 MONTHS AGO THEY SWITCHED MY MEDICATION AND I RETURNED TO THE NURSE 2 OR 3 TIMES — TWICE IN H/U ONCE AT YEARLY OR / TB TEST — ALL 3 TIMES THE NURSE SAID THEY WOULD GET MY ORIGINAL MEDICATION AS THE NEW ONE DIDNT WORK FOR ME. NOW IVE BEEN GETTING DIFFERENT COLOR / BRAND / MEDICATION EVERY NIGHT — SOME PURPLE GREY OR DARK PINK LIGHT PINK — EVERYTIME I GO BACK TO NURSE THEY WRITE DOWN ON THE SIDE TO GIVE ME THE PLUS IVE BEEN GETTING THEN AFTER A FEW DAYS THEY START CHANGING COLOR + NOBODY KNOWS ANYTHING. IM TOLD THEY DO NOT CARRY MY MEDICATION YET THE NEXT NIGHT ITS BACK TO THE PURPLE ONES. IVE ASKED ALL THE NURSES FOR INFORMATION + SIDE EFFECTS — I PUT IN SICK CALLS. MY HAIR IS NOW FALLING OUT AND EVERY OTHER NIGHT I CANT SLEEP. I DONT HAVE REGULAR HEARTBURN ITS SOME SERIOUS ACID REFLUX OR SOMETHING. I DONT UNDERSTAND HOW AFTER 9 MONTHS — MAYBE 10 W/ NO PROBLEMS NOW ITS A SUPRIZE EVERY NIGHT AT PILL CALL + IM GOING BALD

**INMATE SIGNATURE:**

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPPA rights. If you disagree with this, you must indicate so in your grievance.*

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

Received by Deputy: J. COSTANZO   Badge# 2243   Date: 02-18-17

[ ] Resolved at Deputy Level    Inmate Acceptance (*Signature*) _____

[ ✓ ] Cannot be resolved at Deputy Level   Grievance Tracking Number: 17-0239

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff   Pink-Inmate

RECEIVED FEB 2 2 2017

ML-51 (rev 10/14)

S-23

## Scalise, Sierra L., Sheriff

| | |
|---|---|
| **From:** | Scalise, Sierra L., Sheriff |
| **Sent:** | Wednesday, February 22, 2017 3:23 PM |
| **To:** | 'Joan Fabro' |
| **Subject:** | GRIEVANCE ERWIN 17-0239 |
| **Attachments:** | GRIEVANCE ERWIN 17-0239.pdf; MEMO TASK CFMG ERWIN 17-0239.docx |

Hello Ms. Fabro

Attached please read the grievance written by inmate ERWIN, K along with questions pertaining to the medical grievance.

Thank you,
Sierra

**Deputy Sierra Scalise, #2235**
**Contracts/Litigation**
**Santa Rita Jail**
**5325 Broder Blvd.**
**Dublin, CA  94568**



*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged information and/or confidential information only for the use by the intended recipients. Any usage, distribution, copying or disclosure by any other person, other than the intended recipient is strictly prohibited and may be subject to civil action and/or criminal penalties. If you have received this e-mail transmission in error, please notify the sender by e-mail or by telephone and delete the transmission.*

1

S-24

On February 22, 2018, this Court ordered Defendant CFMG to produce medical records once it is in possession of HIPAA-compliant waivers from Plaintiffs' counsel.  Dkt. No. 32.  The Court further ordered that the medical records will be subject to a protective order, which has not yet been entered. *Id.*  Some of the grievances submitted by Plaintiffs in this case are medical in nature.  As such, the grievance responses necessarily implicate Plaintiffs' medical records.  Defendants have submitted all of the grievances Plaintiffs had submitted to Santa Rita Jail's Grievance Litigation Unit as of February 16, 2018.  Declaration of Patrick Kennedy ¶¶ 13-17.  The responses to certain grievances contain medical information which may be considered a medical record by the Court.  As a result, Defendants have withheld grievance responses that contain any medical information and will submit them once in connection with further briefing re Plaintiffs' medical claims after the protective order  is entered.

# ALAMEDA COUNTY SHERIFF'S OFFICE
# INMATE GRIEVANCE RESPONSE
# NOTICE OF EXTENSION

DATE:        March 2, 2017

TO:          Erwin, Kelsey Ann (BEK401) - Housing Unit: SRJ 21 B 8

FROM:        P. Kennedy, Sergeant

SUBJECT:     **NOTICE OF EXTENSION FOR GRIEVANCE #17-0239**

In accordance with Alameda County Detentions and Corrections Policy and Procedure 16.03, your grievance has been received and your concerns are under investigation. Due to special circumstances, more than the standard twenty-one (21) day response time may be needed to complete the inquiry. Upon the conclusion of the investigation, you will be advised in writing of the outcome of your grievance. A copy of the findings will be provided to you after all actions, including all appeals, have been completed.

INMATE SIGNATURE: _____        DATE: 3/2/17

NOTIFICATION OFFICER: _____        BADGE: 1750    DATE: 3/2/17

**Please return to the Grievance Unit no later than Tuesday, March 7, 2017.**

Grievance Date: 02/18/2017

ML-54
REV: 10/2014

| Grievance # 17-0239 | IM Name Erwin | | PFN BEK401 |
|---|---|---|---|
| **Date** | **Task** | Kelsey | **Notes** |
| 2/18/17 | Inmate Writes Grievance | | |
| 2/18 | Housing Deputy gets Tracking | | |
| 2/22 | Date received in Grievance Unit | | |
| | Date assigned to Grievance Dep | | |
| 02/22 | TASKED CFMG | | Sent @ 1523 HOURS |
| 03/01 | J. Sent reminder | | @ 1020 HOURS |
| 03/14 | sent reminder | | @ 1425 HOURS |
| 03/23 | RCVD. RESPONSE | | |
| 03/29 | SGT. SIGNATURE | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | **SAMPLE TASKS** |
| | | Date received in Grievance Unit | |
| | | Tasked Dept. NoName | |
| | | Rcvd. Response | |
| | | Sent for Signature | |
| | | tasked | |
| | | retasked for clarification | |
| | | waiting for DI to clear | |
| | | copied redbook | |
| | | Made contact w/ Dep. Working on it. | |
| | | waiting on.... | |

## *INMATE GRIEVANCE RESPONSE*

GRIEVANCE TRACKING NUMBER: __17-1010__

INMATE: __ERWIN, KELSEY__     PFN: __BEK401__     HOUSING UNIT LOCATION: __21 B-08__

GRIEVANCE IS     AFFIRMED: _____     DENIED: __X__     UNRESOLVED: _____     RESOLVED: _____     REFERRED: _____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **June 18, 2017**. In your grievance, you made the following claim:

- Deputies refused to give you sanitary pads in Intake Transportation and Release (ITR).

**Response:**
The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

Your grievance is vague. You have failed to identify any of the deputies in ITR that refused to give you sanitary pads. ITR can be a busy place and the deputies you were able to contact both days you indicated in your grievance could have pressing matters at the time. A check of your custodial records show you have been in custody on your current charges since January 27, 2016. You have been assigned to Housing Unit 21 since January 27, 2016. Being in custody for that long period of time, you should know by now that sanitary pads is one of the items inmates are allowed to bring to court or other appointments. Moreover, sanitary pads are readily available not only by asking any of the Housing Unit 21 deputies but also inside the unlocked cabinets in the dining hall of Housing Unit 21. Make sure to take advantage of the readily accessible supply of sanitary pads from your housing unit before you go to your appointments.

Your grievance is **DENIED.**

Investigating Supervisor: _____ **P. Kennedy, Sergeant** ____     Date: _062117_

Inmate's Signature: _____

Do you wish to appeal this ruling?     Yes _____     No _____     Refused to Answer _____     Date: _7/12/17_

Appeal Officer: __Lance E. Delbridge, L.T. #1404__ Recommendation: _Denial_     Date: _7/20/17_

Reason for affirmation or denial: (If different from above)

P.H. SLAUGHTER LT. #1068

Commanding Officer: _____     Recommendation: _concur_     Date: _7-24-17_

ML52 (Rev.01/01/05) RAF/raf

ENTERED JUL 2 4 2017

S-28

## *INMATE GRIEVANCE RESPONSE*

GRIEVANCE TRACKING NUMBER: **17-1010**

INMATE: **ERWIN, KELSEY**     PFN: **BEK401**     HOUSING UNIT LOCATION: **21 B-08**

GRIEVANCE IS   AFFIRMED: _____   DENIED: **X**   UNRESOLVED: _____   RESOLVED: _____   REFERRED: _____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance received on **June 18, 2017**. In your grievance, you made the following claim:

- Deputies refused to give you sanitary pads in Intake Transportation and Release (ITR).

**Response:**
The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

Your grievance is vague. You have failed to identify any of the deputies in ITR that refused to give you sanitary pads. ITR can be a busy place and the deputies you were able to contact both days you indicated in your grievance could have pressing matters at the time. A check of your custodial records show you have been in custody on your current charges since January 27, 2016. You have been assigned to Housing Unit 21 since January 27, 2016. Being in custody for that long period of time, you should know by now that sanitary pads is one of the items inmates are allowed to bring to court or other appointments. Moreover, sanitary pads are readily available not only by asking any of the Housing Unit 21 deputies but also inside the unlocked cabinets in the dining hall of Housing Unit 21. Make sure take advantage of the readily accessible supply of sanitary pads from your housing unit before

Your grieva

Investigating Supervisor: _____ **T. Kennedy, Sergeant**     Date: 06-21-17

Inmate's Signature: _____

Do you wish to appeal this ruling?   Yes   X   No _____     Refused to Answer _____     Date: _____

Appeal Officer: _____     Recommendation: _____     Date: _____

Reason for affirmation or denial: (If different from above)

Commanding Officer: _____     Recommendation: _____     Date: _____

ML52 (Rev.01/01/05) RAF/raf

S-29

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**INMATE GRIEVANCE FORM**

☑ Santa Rita Jail  [ ] Glenn E. Dyer Detention Facility

[ ] **ADA RELATED**

NAME: ERWIN, Kelsey   PFN: BEK401   DATE: 6/16/17   HU/FLOOR: 21 BOR

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* DATE GRIEVANCE OCCURRED 4-19-17

**Grievance Details:**

I believe my court date was on 4/19- At court I was provided with extra pads after using the ones I brought with me. However after returning from court and being placed in the dress out, I was unable to get any pads from ANYONE! I sat down there for several hours and asked every single person who walked by - even the transportation deputies who were opening the door to drop off other court returns. I tried using toilet paper for a while but I eventually bled through, all the while attempting to get someones attention. Everyone returning from court was witness to this and they even tried yelling out the door for me to get a deputys attn. Several hours later I saw Dep Miller/Kichi in the ITR hallway and told her I really needed pads. She came around to the dressout roll up window and I told her I'd been sitting like this for hours and she gave me new underwear and pads and took me back to my H/U. I just had court again on 6/8 and once again there were no pads and a lady went through the same ordeal. Obviously it wasn't a one time thing since I've never seen pads available. Whats the point of the bullshit pad shelf someone recently installed if they don't ever fill it with pads. Its descustng and humiliating having to sit hours like that.

**INMATE SIGNATURE:** _____

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPPA rights. If you disagree with this, you must indicate so in your grievance.*

**\*\*\*DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY\*\*\***
**\*\*\*DO NOT WRITE BELOW THIS LINE\*\*\***

Received by Deputy: K. CAEN   Badge# 2246 Date: 6/18/17

[ ] Resolved at Deputy Level   Inmate Acceptance (*Signature*) _____

[x] Cannot be resolved at Deputy Level   Grievance Tracking Number: 17-1010

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff
Pink-Inmate

RECEIVED JUN 1 9 2017

ML-51 (rev 10/14)

S-30



JMS - Jail Management System

0 Pending
0 Assigned

Firmeza 1552

Intake | Booking | Classify | Records | Property | Facility | Monitor | Programs | Money | Medical

Housing | Tracking | Appt | Operations | Cell | Transfer | Incident | Grievance | Privilege | Work Crew | Alerts | Search | File

## Inmate File

6284864 | ERWIN | KELSEY | ANN | BEK401

Back | View | Edit | Summary

File | Person | Alerts | Booking | Inmate | Misc | Program | Money | Summary

Housing | Tracking | Appoint | Visit | Classify | Notes | Request | Incident | Grievance | Work Crew | Work Furlough

**INMATE HOUSING**

Refresh

**Current Housing**
21 B 08

**Current Location**

**Current Class**
MED

**Incarceration And Facility Filter**

| | | INCARCERATION | ELAPSED |
|---|---|---|---|
| (●) | 22 | ALL | |
| ( ) | 12 | 01/27/2016 - PRESENT | 510 19:00 |
| ( ) | 3 | 12/15/2015 - 12/25/2015 | 9 11:56 |
| ( ) | 5 | 08/13/2015 - 12/02/2015 | 110 10:02 |

**Housing Move History**

| HOUSING | DATE IN | DATE OUT | ELAPSED | OFFICER IN | OFFICER OUT | |
|---|---|---|---|---|---|---|
| SRJ: 21 B 08 | 2017-02-16 01:01 | | 125 07:07 | MITCHELL 470 | | DEPUTY MOV |
| SRJ: 21 B 11 | 2016-07-30 12:23 | 2017-02-16 01:01 | 200 12:38 | Davis 44 | MITCHELL 470 | BATCH HOUS |
| SRJ: 21 E 11 | 2016-06-10 12:17 | 2016-07-30 12:23 | 50 00:06 | Davis 44 | Davis 44 | MOVE |
| SRJ: 21 B 11 | 2016-06-09 20:43 | 2016-06-10 12:17 | 0 15:34 | MITCHELL 470 | Davis 44 | DEPUTY MOV |
| SRJ: 21 B 06 | 2016-06-08 22:23 | 2016-06-09 20:43 | 0 22:20 | LEVINE 475 | MITCHELL 470 | CELL MOVE I |
| SRJ: 21 B 10 | 2016-05-31 19:50 | 2016-06-08 22:23 | 8 02:33 | MILLER 234 | LEVINE 475 | MOVED PER I |
| SRJ: 21 B 14 | 2016-04-21 10:49 | 2016-05-31 19:50 | 40 09:01 | Davis 44 | MILLER 234 | MOVE FOR R |
| SRJ: 21 B 10 | 2016-04-20 11:24 | 2016-04-21 10:49 | 0 23:25 | Millian 349 | Davis 44 | CELL MOVE |
| SRJ: 21 C 10 | 2016-04-18 14:30 | 2016-04-20 11:24 | 1 20:54 | VERBECK 1973 | Millian 349 | PER CLASS I |
| SRJ: 21 E 02 | 2016-02-16 09:02 | 2016-04-18 14:30 | 62 05:28 | Millian 349 | VERBECK 1973 | CELL CHANG |
| SRJ: 21 F 02 | 2016-01-28 00:29 | 2016-02-16 09:02 | 19 08:33 | USISON 469 | Millian 349 | PER DEPUTY |
| SRJ: 21 F 07 | 2016-01-27 17:52 | 2016-01-28 00:29 | 0 06:37 | Nagy 2105 | USISON 469 | INITIAL ASSK |
| NO HOUSING | 2015-12-25 00:01 | 2015-12-25 00:01 | 0 00:00 | Tyler 2163 | Tyler 2163 | Release |
| SRJ: 21 D 11 | 2015-12-15 21:07 | 2015-12-25 00:01 | 9 02:54 | MILLER 234 | Tyler 2163 | MOVED |
| SRJ: 21 D 10 | 2015-12-15 17:51 | 2015-12-15 21:07 | 0 03:16 | Robertson 1828 | MILLER 234 | INITIAL ASSK |
| NO HOUSING | 2015-12-02 07:13 | 2015-12-02 07:13 | 0 00:00 | Bitle 1648 | Bitle 1648 | Release |
| SRJ: 21 F 15 | 2015-11-22 00:06 | 2015-12-02 07:13 | 10 07:07 | Lind 252 | Bitle 1648 | RECLASSED |
| SRJ: 21 D 11 | 2015-11-19 14:50 | 2015-11-22 00:06 | 2 09:16 | Davis 44 | Lind 252 | CELL MOVE |
| SRJ: 21 D 13 | 2015-11-19 14:44 | 2015-11-19 14:50 | 0 00:06 | Davis 44 | Davis 44 | CELL MOVE |
| SRJ: 35 F LOWER | 2015-10-31 13:34 | 2015-11-19 14:44 | 19 01:10 | Goodall 424 | Davis 44 | MOVED |
| SRJ: 24 A LOWER | 2015-08-16 20:10 | 2015-10-31 13:34 | 75 17:24 | ZZADMIN 0000 | Goodall 424 | [SOURCEDAT |
| SRJ: OPHU WEST 01 | 2015-08-13 22:33 | 2015-08-13 22:33 | 0 00:00 | ZZADMIN 0000 | | [SOURCEDAT |

Records 1-22 of 22... | 1 | Pg 1 of 1...

**Inmate** | Appt

| | |
|---|---|
| NAME | ERWIN ,KELSEY ANN |
| DOB | 11/03/1984 AGE: 32 |
| CHAR | FEMALE/WHITE/5'4/15 |
| NUM | BEK401 |
| STATUS OVERALL | UNSENTENCED (3- UN |
| STATUS BOOKING | 6284864 UNSENT 210,( |
| SCHED COURT | 07/25/2017 09:00 HHJ - |
| SCHED COURT | 08/02/2017 09:15 HHJ - |
| SCHED COURT | 08/02/2017 08:45 HHJ - |
| HOUSING | SRJ 21 B 08 |

FRONT VIEW | SIDE_VIEW

1 of 1 | 1 of 1

**Alerts**

DISCIPLINARY PROBLEM
MEDICAL
TWO STRIKES - CEN #6284864
HOMELESS
IN CUSTODY

**In - Out**

| | |
|---|---|
| INCARCERATION | 01/27/2016- PRESENT : |
| 1355390 | ONVIEW [AGENCY] AC |
| 6284864 | ONVIEW [AGENCY] SL |
| 6284865 | ENROUTE [AGENCY] S |
| INCARCERATION | 12/15/2015 - 12/25/2015 |

## INMATE GRIEVANCE RESPONSE
## SUPPLEMENTAL INFORMATION

| INMATE NAME   ERWIN, KELSEY | PFN:   BEK401 |
|---|---|
| DATE OF GRIEVANCE:   06/18/17 | TRACKING#   17-1010 |

**THIS DOCUMENT IS SUBJECT TO SUBPOENA. PLEASE PREPARE IN A NEAT AND CONCISE FASHION.**

On 06/21/17, I contacted Deputy A. Hoos #2276 regarding ERWIN'S grievance. Deputy Hoos is a deputy regularly assigned to Housing Unit 21 of the Santa Rita Jail. Deputy Hoos told me that all inmates in Housing Unit 21 not only are allowed to bring sanitary pads to court and other appointments but they are readily available in the dining hall drawers. Deputy Hoos also told me that ERWIN has been assigned to Housing Unit 21 for several months. A check of ERWIN'S custody records show ERWIN has been in Housing Unit 21 since January 27, 2016.

Nothing further.

| Printed Name | R. Firmeza | Badge#   1552 | DATE   06/21/17 |
|---|---|---|---|

# ALAMEDA COUNTY SHERIFF'S OFFICE
# INMATE GRIEVANCE RESPONSE
# NOTICE OF EXTENSION

DATE:       July 06, 2017

TO:         Erwin, Kelsey Ann (BEK401) - Housing Unit: SRJ 21 B 8

FROM:       P. Kennedy, Sergeant

SUBJECT:    **NOTICE OF EXTENSION FOR GRIEVANCE #17-1010**

In accordance with Alameda County Detentions and Corrections Policy and Procedure 16.03, your grievance has been received and your concerns are under investigation. Due to special circumstances, more than the standard twenty-one (21) day response time may be needed to complete the inquiry.  Upon the conclusion of the investigation, you will be advised in writing of the outcome of your grievance.  A copy of the findings will be provided to you after all actions, including all appeals, have been completed.

INMATE SIGNATURE: _____   DATE: 7-6-17

NOTIFICATION OFFICER:  Deputy S. Scalise, #2235   BADGE: _____   DATE: 070617

**Please return to the Grievance Unit no later than Tuesday, July 11, 2017.**

Grievance Date: 06/16/2017

ML-54
REV: 10/2014

S-33

| Grievance # | _17010_ | IM Name | _Erwin Kelsey_ | | PFN | _BEK 401_ |
|---|---|---|---|---|---|---|

| Date | Task | | Notes |
|---|---|---|---|
| _01017_ | Inmate Writes Grievance | | |
| _6/18_ | Housing Deputy gets Tracking | | |
| _6/19_ | Date received in Grievance Unit | | |
| _6/20_ | Date assigned to Grievance Dep | | |
| _6/21_ | _SENT FOR APPROVAL_ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | SAMPLE TASKS | |
| | | Date received in Grievance Unit | |
| | | Tasked Dept. NoName | |
| | | Rcvd. Response | |
| | | Sent for Signature | |
| | | tasked | |
| | | retasked for clarification | |
| | | waiting for DI to clear | |
| | | copied redbook | |
| | | Made contact w/ Dep. Working on it. | |
| | | waiting on.... | |

## *INMATE GRIEVANCE RESPONSE*

GRIEVANCE TRACKING NUMBER: **17-1946**

INMATE: **ERWIN, KELSEY**   PFN: **BEK401**   HOUSING UNIT LOCATION: **21 B-8**

GRIEVANCE IS   AFFIRMED: _____   DENIED: _____   UNRESOLVED: _____   RESOLVED: **X**   REFERRED: _____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your received on **October 3, 2017**.  In your grievance, you made the following claim:

- The doctor's conduct was unprofessional towards you.

**Response:**
The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

On 10/19/2017, a member of the Grievance Unit contacted you regarding your grievance.  You told the deputy that you considered the matter withdrawn/resolved.  No further actions are needed.  You signed your name at the bottom portion of the Notice of Extension form next to the word "Resolved."

Your grievance is **RESOLVED**.

Investigating Supervisor: **P. Kennedy, Sergeant**   Date: 103017

Inmate's Signature: 

Do you wish to appeal this ruling?   Yes ____   No ✗   Refused to Answer ____   Date: 10-2-17

Appeal Officer: _____   Recommendation: _____   Date: _____

Reason for affirmation or denial: (If different from above)

P.H. SLAUGHTER LT. #1068

Commanding Officer: _____   Recommendation: CONCUR   Date: 11-8-17

ML52 (Rev.01/01/05) SLS/sls

ENTERED NOV - 9 2017

S-35

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**INMATE GRIEVANCE FORM**

[ ] Santa Rita Jail   [ ] Glenn E. Dyer Detention Facility

ADA
RELATED

NAME: ERWIN, Kelsey   PFN: BEK401   DATE: 10/3/17   HU/FLOOR 8B 31

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* DATE GRIEVANCE OCCURRED 10/3/17

**Grievance Details:**

THE DOCTOR CALLED ME IN THE OFFICE TO TELL ME I HAVE AN STD. I TOLD HER THAT CAN'T BE POSSIBLE B/C IVE BEEN IN CUSTODY FOR 2 YEARS + HAVE NOT HAD ANY SEXUAL CONTACT. I ASKED IF I COULD GET TESTED AGAIN AND SHE SAID NO B/C IF THE TEST CAME BACK SO LOW. I TOLD HER I HAD AN STD IN 2006 & AND WAS TREATED. SHE THEN ASKED ME HOW MANY PEOPLE IVE SEX WITH SINCE THEN AND I SAID 5. SHE KEPT TELLING ME THAT IS NOT GOOD AND I SHOULDNT HAVE & THAT MANY SEXUAL PARTNERS. THIS WHOLE CONVERSATION WAS IN FRONT OF SOME OTHER LADY PLUS THE DEPUTY. I WENT FROM BEING SCARED THAT I HAD SOME DISEASE (THE DOCTOR CALLING ME IN. AFTER BEING HERE 2 YRS MADE THINK SHE WAS SAYING I HAD AIDS OR CANCER) TO BEING ANGRY B/C SHE KEPT MAKING A BIG DEAL THAT IVE SEX W/ 5 PEOPLE IN 11 YEARS. I ASKED HER OKAY IS THAT EVERYTHING AND GRABBED MY SCHOOL FOLDER TO LEAVE AND SHE TELLS ME AGAIN HOW I SHOULDNT HAVE THAT MANY SEXUAL PARTERS SO I GOT UP AND LEFT. WHAT WAS THE POINT OF THAT APPOINTMENT TO CRITIZIZE ME AND EMBARRASSME IN FRONT OF PEOPLE.

**INMATE SIGNATURE:** _____

*By signing this form, you are consenting to a search of your medical, dental, or mental health records for the purpose of this investigation only. This acts as a waiver to your HIPPA rights. If you disagree with this, you must indicate so in your grievance.*

★ ALSO MY MEDICAL RECORDS HERE AT SANTA RITA
★ CLEARLY SHOW I DONT HAVE ANY NEW STD'S IVE BEEN TESTED + SEEN THE OB/GYN WHEN I
***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE*** FIRST GOT HERE.

Received by Deputy: A. OLIVAREZ   Badge# 2298   Date: 10/3/17

[ ] Resolved at Deputy Level          Inmate Acceptance *(Signature)* ✗

[✓] Cannot be resolved at Deputy Level   Grievance Tracking Number: 17-1946

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*

Copies: White-Staff
Pink-Inmate

ML-51 (rev 10/14)

RECEIVED OCT 0 4 2017

S-36   5

## Scalise, Sierra L., Sheriff

| | |
|---|---|
| **From:** | Scalise, Sierra L., Sheriff |
| **Sent:** | Wednesday, October 04, 2017 2:29 PM |
| **To:** | 'Joan Fabro' |
| **Subject:** | GRIEVANCE ERWIN, K  17-1946 |
| **Attachments:** | GRIEVANCE ERWIN 17-1946.pdf; MEMO TASK CFMG ERWIN 17-1946.docx |

Hello Ms. Fabro
Attached please read the grievance written by inmate ERWIN, K along with questions pertaining to the medical grievance.

Thank you,
Sierra

**Deputy Sierra Scalise, #2235**
**Contracts/Litigation**
**Santa Rita Jail**
**5325 Broder Blvd.**
**Dublin, CA  94568**



*CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged information and/or confidential information only for the use by the intended recipients. Any usage, distribution, copying or disclosure by any other person, other than the intended recipient is strictly prohibited and may be subject to civil action and/or criminal penalties. If you have received this e-mail transmission in error, please notify the sender by e-mail or by telephone and delete the transmission.*

1

S-37

# ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE RESPONSE
## NOTICE OF EXTENSION

DATE:        October 19, 2017

TO:          Erwin, Kelsey Ann (BEK401) - Housing Unit: SRJ 21 B 8

FROM:        P. Kennedy, Sergeant

SUBJECT:     **NOTICE OF EXTENSION FOR GRIEVANCE #17-1946**

In accordance with Alameda County Detentions and Corrections Policy and Procedure 16.03, your grievance has been received and your concerns are under investigation. Due to special circumstances, more than the standard twenty-one (21) day response time may be needed to complete the inquiry. Upon the conclusion of the investigation, you will be advised in writing of the outcome of your grievance. A copy of the findings will be provided to you after all actions, including all appeals, have been completed.

INMATE SIGNATURE: _____        DATE: _10/19/17_

NOTIFICATION OFFICER Deputy A. Procopio, #1750   BADGE: _1751_  DATE: _10/19/17_

**Please return to the Grievance Unit no later than Tuesday, October 24, 2017.**

Grievance Date: 10/03/2017

Withdrawn (Resolved   Kelsey E.
10/19/17

ML-54
REV: 10/2014

| Grievance # | 17-1946 | IM Name | Erwin, Kelsey | PFN | BEK401 |
|---|---|---|---|---|---|

| Date | Task | Notes |
|---|---|---|
| 10·3·17 | **Inmate Writes Grievance** | |
| 10·3·17 | **Housing Deputy gets Tracking** | |
| 10·4·17 | **Date received in Grievance Unit** | |
| | **Date assigned to Grievance Dep** | |
| 10|4|17 | TASKED CFMG | @1429 HOURS |
| 10|19 | RESOLVED| WITHDRAWN | SIGNED BY INMATE |
| 10|30 | SGT SIGNATURE | |

| SAMPLE TASKS |
|---|
| Date received in Grievance Unit |
| Tasked Dept. NoName |
| Rcvd. Response |
| Sent for Signature |
| tasked |
| retasked for clarification |
| waiting for DI to clear |
| copied redbook |
| Made contact w/ Dep. Working on it. |
| waiting on…. |