LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410

DENNIS CUNNINGHAM, SBN 112910
115A Bartlett St.
San Francisco, CA 94110
Telephone: 415-285-8091
Facsimile:  415-285-8092

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | No. 3:18-cv-00050-JD<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

Jaclyn Mohrbacher, Register Number: 18039-111, a necessary and material party for the court ordered mediation in the above entitled matter, on Monday, May 14, 2018, at 10 a.m., Courtroom C, is confined at Federal Correction Institution, Dublin18039-111, 5701 8th Street - Camp Parks, Dublin, CA 94568, in the custody of the Warden.  In order to secure this inmate's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the Warden to produce the inmate before Magistrate Judge Laurel Beeler, United States District Court,

Northern District of California, 450 Golden Gate Avenue, Courtroom C (15th Floor), San Francisco, California, 94102, no later than 9:15 a.m.

Dated: May 11, 2018　　　　　　　　　JUDGE OF THE DISTRICT COURT

_____
LAUREL BEELER
United States Magistrate Judge