LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
528 Grand Avenue
Oakland, CA 94610
Telephone: (510) 329-2140
Facsimile:  (510) 580-9410
Email: yhuang.law@gmail.com

DENNIS CUNNINGHAM, SBN 112910
115A Bartlett St.
San Francisco, CA 94110
Telephone: 415-285-8091
Facsimile:  415-285-8092
Email:  denniscunninghamlaw@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, AND KELSEY ERWIN, on behalf of themselves and others similarly situated, <br><br>       Plaintiffs, <br><br>    vs. <br><br> ALAMEDA COUNTY SHERIFF'S OFFICE, et al., <br>       Defendants. | No. 3:18-cv-00050-JD <br><br> **NOTICE OF CHANGE OF ADDRESS** |

TO ALL COUNSEL AND THE COURT:

   PLEASE TAKE NOTICE that plaintiffs' counsel, YOLANDA HUANG, has a change of address.  Her new address is:

   528 Grand Avenue

   Oakland, CA 94610

All phone numbers and email remain the same.

DATED: December 16, 2019        LAW OFFICE OF YOLANDA HUANG

                                           _/s/ Yolanda Huang_
                                           Yolanda Huang
                                           Counsel for Plaintiffs