Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Jaclyn Mohrbacher, et al,.

Plaintiff(s),

v.

ALAMEDA COUNTY SHERIFF'S OFFICE, GREGORY J. AHEARN, THOMAS F. MADIGAN, CAPTAIN DERRICK C. HESSELEIN, DEPUTY IGNONT (sp), DEPUTY JOE (sp), ALAMEDA COUNTY and John & Jane ROEs, Nos. 1-25; CAPTAIN LUCKETT-FAHIMA as Jane Roe 1. WELL-PATH MANAGEMENT, INC. and ARAMARK CORRECTIONAL SERVICES, LLC

Defendant(s).

Case No: 3:18-cv-00050-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Charles J. Reitmeyer, an active member in good standing of the bar of Eastern District of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Aramark Correctional Services, LLC in the above-entitled action. My local co-counsel in this case is Salayha Ghoury, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103 | Lewis Brisbois Bisgaard & Smith<br>333 Bush Street, Suite 1100<br>San Francisco, CA 94104 |
| My Telephone # of Record:<br>215.963.4841 | Local Co-Counsel's Telephone # of Record:<br>415.262.8594 |
| My Email Address of Record:<br>charles.reitmeyer@morganlewis.com | Local Co-Counsel's Email Address of Record:<br>Salayha.Ghoury@lewisbrisbois.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 62751

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: December 1, 2021

E-SIGNED by Charles J. Reitmeyer

APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Charles J. Reitmeyer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/3/2021

UNITED STATES DISTRICT XXXXXXXXXX JUDGE

PRO HAC VICE APPLICATION & ORDER                              *October 2012*