| | |
|---|---|
| 1 | Peter G. Bertling (SBN 131602) |
| 2 | Jemma Parker Saunders (SBN 227962) <br> Bertling Law Group |
| 3 | 21 East Canon Perdido Street, Suite 204B <br> Santa Barbara, CA 93101 |
| 4 | Telephone: 805-879-7558 <br> Facsimile: 805-869-1597 |
| 5 | peter@bertlinglawgroup.com |
| 6 | jemma@bertlinglawgroup.com |
| 7 | Attorneys for Defendant <br> CALIFORNIA FORENSIC MEDICAL GROUP, INC. |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN MOHRBACHER, et al., | Case No. 3:18-cv-00050-JD |
| Plaintiffs, | |
| v. | **NOTICE OF UNAVAILABILITY** |
| **ALAMEDA COUNTY SHERIFF'S OFFICE,** GREGORY J. AHERN, BRETT M. KETELES, TOM MADIGAN, T. POPE, T. RUSSELL, D. SKOLDQVIST, LT. HATTAWAY, SGT. CALAGARI, DEPUTY DIVINE (#512), DEPUTY DEBRA FARMANIAN, DEPUTY WEATHERBEE (#238), DEPUTY TANIA POPE, DEPUTY WINSTEAD, DEPUTY CAINE, ALAMEDA COUNTY and John & Jane DOEs, Nos. 1 - 50. <br> **and,** <br> **The CALIFORNIA FORENSIC MEDICAL GROUP**, a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos. 1-50, <br> **and,** <br> **ARAMARK CORRECTIONAL SERVICES, LLC**, a Delaware Limited Liability Company; its Employees and Sub-Contractors, and Rick and Ruth ROES Nos. Nos. 1-50, <br> Defendants. | Action Filed: January 4, 2018 <br> Judge: Hon. James Donato |

**3:18-cv-00050-JD**

NOTICE OF UNAVAILABILITY

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that commencing on March 16, 2022 through and including March 25, 2022; April 4, 2022 through and including April 15, 2022; August 15, 2022 through and including September 3, 2022; September 28, 2022 through and including September 30, 2022; December 15, 2022 through and including December 30, 2022, Peter G. Bertling, attorney of record for defendant, CALIFORNIA FORENSIC MEDICAL GROUP will be unavailable for any purpose whatsoever.

Such unavailability includes, but is not limited to, responding to telephone calls, receiving notices of any kind, responding to ex parte applications, motions, and/or other requests, appearing in Court, or attending depositions.  This notice is given pursuant to *Tenderloin Housing Clinic, Inc. v. Sparks,* 8 Cal.App.4th 299 (1992), and subsequent authority, which restricts the conduct of any attorney who purposely attempts to schedule a conflicting proceeding without good cause and which fails to respect the legitimate interests of fellow members of the bar. In case of emergencies only, a staff member may be reached at (805) 879-7558.

Dated: December 23, 2021

Respectfully submitted,

BERTLING LAW GROUP, INC.
/s/  *Peter G. Bertling*
Peter G. Bertling
Jemma Parker Saunders
Attorneys for Defendant
CALIFORNIA FORENSIC
MEDICAL GROUP, INC.