| | |
|---|---|
| 1 | Gregory B. Thomas (SBN 239870) |
| | E-mail: gthomas@bwslaw.com |
| 2 | Temitayo O. Peters (SBN 309913) |
| | E-mail: tpeters@bwslaw.com |
| 3 | BURKE, WILLIAMS & SORENSEN, LLP |
| | 1901 Harrison Street, Suite 900 |
| 4 | Oakland, CA  94612-3501 |
| | Tel:  510.273-8780 Fax:  510.839.9104 |
| 5 | |
| | Attorneys for Defendants |
| 6 | COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, GREGORY J. AHERN, BRETT M. KETELES, TOM MADIGAN, LT. JARED HATTAWAY, SGT. CALEGARI, DEPUTY SADIE DIVINE (512), DEPUTY DEBRA FARMANIAN, DEPUTY WEATHERBEE (238), DEPUTY TANIA POPE, DEPUTY KRISTEN WINSTEAD and DEPUTY CAIN (collectively "Alameda County Defendants") |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACLYN MOHRBACHER**, et al. | Case No. 3:18-cv-00050-JD |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| vs. | **[FRCP 41(a)(1)(A)(ii)]** |
| **ALAMEDA COUNTY SHERIFF'S OFFICE**, GREGORY J. AHERN, BRETT M. KETELES, TOM MADIGAN, T. POPE, T. RUSSELL, D. SKOLDQVIST, LT. HATTAWAY, SGT. CALAGARI, DEPUTY DIVINE (#512), DEPUTY DEBRA FARMANIAN, DEPUTY WEATHERBEE (#238), DEPUTY TANIA POPE, DEPUTY WINSTEAD, DEPUTY CAINE, ALAMEDA COUNTY and John & Jane DOEs, Nos. 1 -50. **and,** The **CALIFORNIA FORENSIC MEDICAL GROUP**, a corporation; its Employees and Sub-Contractors, and Rick & Ruth ROEs Nos. 1-50, **and,** **ARAMARK CORRECTIONAL SERVICES, LLC**, a Delaware Limited Liability Company; its Employees and Sub-Contractors, and Rick and Ruth ROES Nos. Nos. 1-50, Defendants. | Trial Date: December 5, 2022 Complaint Filed: January 4, 2018 |

**TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants of the above-entitled action, by and through their counsel of record, hereby stipulate to dismiss with prejudice all of Plaintiffs JACLYN MOHRBACHER, ERIN ELLIS ANDANNA IBE, and CHRISTINA ZEPEDA's claims in this matter against the following Alameda County Defendants, with each party bearing their own attorney's fees and costs:

1. Brett M. Keteles
2. Tom Madigan
3. T. Pope
4. T. Russell
5. LT Hattaway
6. Sgt. Calagari

**IT IS SO STIPULATED.**

Dated:  September 6, 2022                              BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Gregory B. Thomas*
　　Gregory B. Thomas
　　Temitayo O. Peters
　　Attorneys for Defendants
　　COUNTY OF ALAMEDA, ALAMEDA
　　COUNTY SHERIFF'S OFFICE,
　　GREGORY J. AHERN, BRETT M.
　　KETELES, TOM MADIGAN, LT. JARED
　　HATTAWAY, SGT. CALEGARI,
　　DEPUTY SADIE DIVINE (512), DEPUTY
　　DEBRA FARMANIAN, DEPUTY
　　WEATHERBEE (238), DEPUTY TANIA
　　POPE, DEPUTY KRISTEN WINSTEAD
　　and DEPUTY CAIN (collectively "Alameda
　　County Defendants")

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: September 2, 2022 | LAW OFFICES OF YOLANDA HUANG |
| 2 | | By: */s/ Yolanda Huang* |
| 3 | | Yolanda Huang |
| | | Attorneys for Plaintiffs |
| 4 | | JACLYN MOHRBACHER, ERIN ELLIS, DOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, and KELSEY ERWIN, on behalf of themselves and others similarly situated |
| 7 | Dated: August 26, 2022 | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | | By: */s/ Charles J. Reitmeyer* |
| 10 | | Charles J. Reitmeyer, Esq. |
| | | Attorneys for Defendant |
| 11 | | ARAMARK CORRECTIONAL SERVICES, LLC |
| 13 | Dated: August 31, 2022 | BERTLING LAW GROUP, INC. |
| 15 | | By: */s/ Peter G. Bertling* |
| 16 | | Peter G. Bertling |
| | | Attorneys for Defendant |
| 17 | | CALIFORNIA FORENSIC MEDICAL GROUP, INC. |

### DECLARATION REGARDING AUTHORIZATION

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained authorization in the filing of this document from the other signatories listed here.

By: */s/ Gregory B. Thomas*
Gregory B. Thomas, Esq.