1  Gregory B. Thomas (SBN 239870)
   E-mail:  gthomas@bwslaw.com
2  Temitayo O. Peters (SBN 309913)
   E-mail: tpeters@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   1901 Harrison Street, Suite 900
4  Oakland, CA  94612-3501
   Tel:  510.273-8780 Fax:  510.839.9104

Attorneys for Defendants
COUNTY OF ALAMEDA, ALAMEDA COUNTY
SHERIFF'S OFFICE, GREGORY J. AHERN,
DEPUTY SADIE DIVINE (512), DEPUTY DEBRA
FARMANIAN, DEPUTY WEATHERBEE (238),
DEPUTY TANIA POPE, DEPUTY KRISTEN
WINSTEAD and DEPUTY CAIN (collectively
"Alameda County Defendants")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN MOHRBACHER, et al., | Case No. 3:18-cv-00050-JD |
| Plaintiffs, | **JOINT STATEMENT RE: DISMISSALS** |
| v. | |
| ALAMEDA COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants. | |

As directed by the Court on September 13, 2022 [Dkt. 272], the parties jointly submit that the Stipulation of Dismissal filed on September 6, 2022 [Dkt. 269] dismissed all six listed defendants from the case, with each side to bear their own attorney's fees and costs. However, while "T. Pope" is dismissed from the case due to being duplicative, Defendant Deputy Tania Pope has not been dismissed from the case.

Dated: September 20, 2022                    BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Gregory B. Thomas*
Gregory B. Thomas
Temitayo O. Peters
Attorneys for Defendants
COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, GREGORY J. AHERN, DEPUTY SADIE DIVINE (512), DEPUTY DEBRA FARMANIAN, DEPUTY WEATHERBEE (238), DEPUTY TANIA POPE, DEPUTY KRISTEN WINSTEAD and DEPUTY CAIN (collectively "Alameda County Defendants")

Dated: September 20, 2022                    LAW OFFICES OF YOLANDA HUANG

By: */s/ Yolanda Huang*
Yolanda Huang
Attorneys for Plaintiffs
JACLYN MOHRBACHER, ERIN ELLIS, SOMINIQUE JACKSON, CHRISTINA ZEPEDA, ALEXIS WAH, and KELSEY ERWIN, on behalf of themselves and others similarly situated

Dated: September 20, 2022                    MORGAN LEWIS & BOCKIUS LLP

By: */s/ Charles Reitmeyer*
Charles Reitmeyer
Attorneys for Defendant
ARAMARK CORRECTIONAL SERVICES, LLC

[ADDITIONAL SIGNATURES ON PAGE 3]

| | |
|---|---|
| Dated: September 20, 2022 | BERTLING LAW GROUP, INC. |
| | By: */s/ Peter G. Bertling* |
| | Peter G. Bertling |
| | Attorneys for Defendant |
| | CALIFORNIA FORENSIC MEDICAL GROUP, INC. |

### DECLARATION REGARDING AUTHORIZATION

Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained authorization in the filing of this document from the other signatories listed here.

By: */s/ Gregory B. Thomas*
Gregory B. Thomas, Esq.

OAK #4896-1771-3715 v1    - 3 -    JOINT STATEMENT RE: DISMISSALS

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND