1 | Gregory B. Thomas (SBN 239870)
E-mail:  gthomas@bwslaw.com
2 | Temitayo O. Peters (SBN 309913)
E-mail:  tpeters@bwslaw.com
3 | BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
4 | Oakland, California 94612-3520
Tel:  510.273.8780     Fax:  510.839.9104
5 |

6 | Attorneys for Defendants COUNTY OF
ALAMEDA and ALAMEDA COUNTY
7 | SHERIFF'S OFFICE (collectively "Alameda
County Defendants")
8 |

9 | (Additional counsel continued on next page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JACLYN MOHRBACHER, et al.,

Plaintiffs,

v.

ALAMEDA COUNTY SHERIFF'S OFFICE,
GREGORY J. AHERN, BRETT M.
KETELES, TOM MADIGAN, T. POPE, T.
RUSSELL, D. SKOLDQVIST, LT.
HATTAWAY, SGT. CALAGARI, DEPUTY
DIVINE (#512), DEPUTY DEBRA
FARMANIAN, DEPUTY WEATHERBEE
(#238), DEPUTY TANIA POPE, DEPUTY
WINSTEAD, DEPUTY CAINE, ALAMEDA
COUNTY and John &Jane DOEs, Nos. 1 -50.
and,
The CALIFORNIA FORENSIC MEDICAL
GROUP, a corporation; its Employees and
Sub-Contractors, and Rick & Ruth ROEs Nos.
1-50,
and,
ARAMARK CORRECTIONAL SERVICES,
LLC, a Delaware Limited Liability Company;
its Employees and Sub-Contractors, and Rick
and Ruth ROES Nos. Nos. 1-50,

Defendants.

Case No. 3:18-cv-00050-JD

**STIPULATION AND NOTICE OF
SETTLEMENT; [PROPOSED] ORDER
EXCUSING DEFENDANTS FROM
TRIAL DEADLINES AND TRIAL**

Judge:    The Honorable James Donato

Trial Date:              May 22, 2023

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Oakland

4888-6609-0589 v2

1

Case No. 3:18-cv-00050-JD
STIP AND NOTICE OF SETTLEMENT; [PROP]
ORDER EXCUSING DEFTS FROM TRIAL
DEADLINES AND TRIAL

(Continued from previous page)

**MORGAN, LEWIS, & BOCKIUS LLP**
CHARLES J. REITMEYER (pro hac vice)
Email: Charles.Reitmeyer@morganlewis.com
AMANDA F. LASHNER (pro hac vice)
Email: Amanda.Lashner@morganlewis.com
MARY C. LESTER (pro hac vice)
Email: Mary.Lester@morganlewis.com
1701 Market Street
Philadelphia, Pennsylvania 19103
Telephone: 215.963.5000
Facsimile: 215.963-5001

LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
PO Box 5475
Berkeley, CA 94705
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

Attorney for Plaintiffs

TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL:

Pursuant to Civil Local Rule 6-1(b), Defendant Aramark Correctional Services ("Aramark"), Defendants County of Alameda and the Alameda County Sheriff's Office (collectively, "Alameda County Defendants") and Plaintiffs, by and through counsel of record, hereby stipulate as follows:

1.    WHEREAS, Plaintiffs and Aramark have a final settlement agreement, the settlement agreement resolves all of Plaintiffs' claims against Aramark and the settlement agreement has been executed by counsel for both parties;

2.    WHEREAS, Plaintiffs and the Alameda County Defendants have a final settlement agreement, the settlement agreement resolves all of Plaintiffs' claims against the Alameda County Defendants and the settlement agreement has been executed by counsel for both parties;

3.    WHEREAS, Plaintiffs' counsel estimates that she needs approximately three (3) weeks to obtain Plaintiffs' signatures on the aforementioned settlement agreements;

4.    WHEREAS, Aramark's principal has executed the settlement agreement and

1   merely awaits receiving Plaintiffs' signatures on the settlement agreement;

2       5.      WHEREAS, counsel for the Alameda County Defendants anticipates that the

3   Alameda County Defendants' principals will execute the settlement agreement within one (1)

4   month of receiving Plaintiffs' signatures on the settlement agreement, and note that this extended

5   timeline is needed to meet the mandatory public notice requirements imposed upon public entities

6   who enter into settlement agreements;

7       6.      WHEREAS, Plaintiffs have agreed to file a notice of dismissal of their claims

8   against Aramark and the Alameda County Defendants within seven (7) business days of receiving

9   each respective, fully executed settlement agreement;

10      7.      WHEREAS, the parties are currently required to submit their pretrial filings to this

11  Court on or before April 20, 2023;

12      8.      WHEREAS, in light of the Paragraphs 1-7, Aramark, the Alameda County

13  Defendants and Plaintiffs (collectively, "the Parties") respectfully request that the Court excuse

14  Aramark and the Alameda County Defendants from being required to submit pretrial filings on

15  April 20, 2023, and from all other deadlines and requirements related to the upcoming trial,

16  including trial;

17      9.      NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties,

18  through their respective counsel, that, subject to the Court's approval, Aramark and the Alameda

19  County Defendants are excused from submitting the pretrial filings currently due on April 20,

20  2023, and from all other deadlines and requirements related to the upcoming trial in this matter,

21  including trial, which is currently scheduled to commence on May 22, 2023.

22  Dated:  April 17, 2023                    BURKE, WILLIAMS & SORENSEN, LLP

23

24

25                          By:        */s/ Temitayo O. Peters*

26                                     Gregory B. Thomas
                                       Temitayo O. Peters
27                                     Attorneys for Defendants COUNTY OF
                                       ALAMEDA and ALAMEDA COUNTY
28                                     SHERIFF'S OFFICE (collectively,
                                       "Alameda County Defendants")

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4888-6609-0589 v2                    3                    Case No. 3:18-cv-00050-JD
                                                          STIP AND NOTICE OF SETTLEMENT; [PROP]
                                                          ORDER EXCUSING DEFTS FROM TRIAL
                                                          DEADLINES AND TRIAL

1   Dated:  April 17, 2023                    LAW OFFICES OF YOLANDA HUANG

2

3                                            By:      /s/ Yolanda Huang

4                                            Yolanda Huang
                                             Attorneys for Plaintiffs
5                                            JACLYN MOHRBACHER, ERIN ELLIS,
                                             ANDANNA IBE, CHRISTINA ZEPEDA,
6                                            on behalf of themselves and others similarly
                                             situated
7

8   Dated:  April 17, 2023                    MORGAN LEWIS & BOCKIUS LLP

9

10                                           By:      /s/ Charles J. Reitmeyer

11                                           Charles Reitmeyer
                                             Attorneys for Defendant
12                                           ARAMARK CORRECTIONAL
                                             SERVICES, LLC
13

14

15                    **DECLARATION REGARDING AUTHORIZATION**

16         Under N.D. Cal. Local Rule 5-1(i)(3), I attest that I obtained authorization in the filing of

17   this document from the other signatories listed here.

18                                           By:     /s/ Temitayo O. Peters

19                                           Temitayo O. Peters, Esq.

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4888-6609-0589 v2

4

Case No. 3:18-cv-00050-JD
STIP AND NOTICE OF SETTLEMENT; [PROP]
ORDER EXCUSING DEFTS FROM TRIAL
DEADLINES AND TRIAL

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Aramark and the Alameda County Defendants are excused from submitting the pretrial filings currently due on April 20, 2023, and from all other deadlines and requirements related to the upcoming trial in this matter including trial.

DATED: _____

_____
JAMES DONATO
UNTIED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4888-6609-0589 v2

5

Case No. 3:18-cv-00050-JD
STIP AND NOTICE OF SETTLEMENT; [PROP]
ORDER EXCUSING DEFTS FROM TRIAL
DEADLINES AND TRIAL