UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN MOHRBACHER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFFS OFFICE, et al.,<br><br>    Defendants. | Case No. 3:18-cv-00050-JD<br><br>**ORDER RE DISCOVERY** |

Plaintiffs have asked to reopen discovery. Dkt. No. 369. The request is denied for lack of good cause.

The grounds for denial are straightforward. Plaintiffs' main contention is that defendant CFMG/Wellpath identified witnesses in pretrial disclosures who were said to be a surprise. But Wellpath states, without dispute by plaintiffs, that the witnesses were disclosed in records Wellpath produced during discovery and well before the pretrial filings. *See* Dkt. Nos. 373 at 1, 376. It may be that plaintiffs did not pick up on these witnesses, but that is on them and not Wellpath. Plaintiffs' lack of action is not a basis for re-opening discovery at this late date in a case that has been pending since 2018. *See City of Pomona v. SQM N. Am. Corp.*, 866 F.3d 1060, 1066 (9th Cir. 2017). Plaintiffs also say that they "relied on the self-effectuating process of initial disclosures," Dkt. No. 369 at 5, but they never raised a question about Wellpath's disclosures when the time was right during discovery. Consequently, plaintiffs cannot credibly say they have been deprived of a meaningful opportunity to conduct discovery.

**IT IS SO ORDERED.**

Dated: October 13, 2023

JAMES DONATO
United States District Judge